UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| THE EDUCATION RESOURCES INSTITUTE, INC., | ) ) ) ) | |
| Debtor | ) ) ) | Chapter 11 Case No. 08-12540-HJB |

**UNITED STATES TRUSTEE'S MOTION FOR AUTHORIZATION
TO FILE LATE OBJECTION TO SEGREGATION, GUARANTY,
CHASE AND FMC MOTIONS
(WITH CERTIFICATE OF SERVICE)**

The United States Trustee moves the Court for authorization to file a late objection ("Objection") to the motions (collectively "Motions") for orders authorizing The Education Resources Institute, Inc. ("Debtor") to segregate certain guaranty fees received for the benefit of lenders ("Segregation Motion") (Docket #213), to honor certain guaranty obligations ("Guaranty Motion") (Docket #239), to settle claims with JPMorgan Chase Bank, N.A. ("Chase Motion") (Docket #202) and to reject contracts with First Marblehead Corporation, et al. ("FMC") (Docket #238).

1. The Court will conduct hearings on the Guaranty and FMC Motions on Friday, June 20, 2008. It will conduct hearings on the Chase Motion and the Segregation Motion on Monday, June 23, 2008.

2. The objection deadlines for all of the Motions previously expired.

3. In the Objection, the United States Trustee states that the Debtor has not demonstrated that approval of the Motions is either in the best interest of the estate or a valid exercise of its business judgment. The United States Trustee also expresses concern

1

that the Debtor has not provided information on the likely financial impact of the Motions and has not discussed the Motions in the context of its bankruptcy exit strategy.

4.  Notwithstanding the lateness of the Objection, the United States Trustee believes her request for supplemental information, if acceded to, will clarify the exercise of the Debtor's business judgment and facilitate an analysis of whether the Motions are in the best interest of the estate.

5.  The United States Trustee requests expedited consideration of this request.

WHEREFORE, the United States Trustee prays that the Court enter orders: i) authorizing her to file the Objection late; and ii) granting her all such other and further legal and equitable relief to which she may be entitled.

                Respectfully submitted,

                PHOEBE MORSE

                United States Trustee

By:   */s/ Eric K. Bradford*
      Eric K. Bradford BBO#560231
      United States Department of Justice
      Thomas P. O'Neill Jr. Federal Bldg.
      10 Causeway Street, Room 1184
      Boston, MA 02222
      PHONE:   (617) 788-0415
      FACSIMILE: (617) 565-6368
      Eric.K.Bradford@USDOJ.gov

Dated: June 20, 2008.

## CERTIFICATE OF SERVICE

      I certify that on June 20, 2008, true and correct copies of the foregoing motion were served by CM/ECF upon the individuals who filed notices of appearance in the Court's CM/ECF database, including Debtor's counsel, who is listed below.

                              PHOEBE MORSE

                              United States Trustee

By:   */s/ Eric K. Bradford*
       Eric K. Bradford BBO#560231
       United States Department of Justice
       Thomas P. O'Neill Jr. Federal Bldg.
       10 Causeway Street, Room 1184
       Boston, MA 02222
       PHONE:    (617) 788-0415
       FACSIMILE:  (617) 565-6368
       Eric.K.Bradford@USDOJ.gov

Dated: June 20, 2008.

Gina L. Martin, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Debtor's Counsel)