## Exhibit A

| Pool Participants | FMC Capital Markets February 29 reports | Bank Balances per TERI report | | Individual Bank Share of Pool |
|---|---|---|---|---|
| US BANK | $2,556,529.25 | | | $2,550,551.71 |
| UNION FEDERAL SAVINGS BANK | $29,261,834.56 | | | $29,193,416.02 |
| TCF | $113,037.89 | | | $112,773.59 |
| SOVEREIGN BANK | $493,401.36 | | | $492,247.71 |
| INSURBANK | $14,474.16 | | | $14,440.31 |
| PNC | $6,850,942.64 | | | $6,834,924.11 |
| COMERICA | $329,951.60 | | | $329,180.13 |
| CITIZENS--3 cap market pages | $41,142,000.55 | | | $41,045,804.40 |
| KEY BANK | $785,345.45 | | | $783,509.19 |
| M+T BANK | $633,623.71 | | | $632,142.20 |
| Sub total pool account | $82,181,141.16 | $81,988,989.38 | 99.766% | $81,988,989.38 |

Doc: 3335627.C