Exhibit B

**US Bank - TERI Deposit Account**
**Joint Pool Account (Acct# 127685-116)**
**Monthly Pool Bank Activity**

## MARCH

| | UFSB | Citizens | Comerica | Insurbanc | KeyBank | Pre-merger M&T | PNC | Chase | Sovereign | TCF | USBank | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beggining balance March 08 | 29,193,416 02 | 40,788,427 07 | 329,180 13 | 14,440 31 | 783,509 19 | 626,670 31 | 6,814,107 23 | - | 492,247 71 | 112,773 59 | 2,551,379 44 | 81,706 151 |
| *Add:* | | | | | | | | | | | | |
| Cash Receipt G-fee | - | 17,007 08 | 34,459 09 | - | 33,935 57 | 19,937 53 | 842,619 02 | | 20,412 52 | 10,390 82 | 109,637 78 | 1,088,399 |
| Cash Receipt Basis Points | 140,822 87 | - | 18 63 | 66 12 | 3,292 79 | 1,161 68 | 36,360 77 | 5,586 58 | 351 18 | 159 76 | 5,518 47 | 193,339 |
| Cash Receipt Consolidated Accounts | - | 257,377 33 | - | - | - | 5,471 89 | 20,816 88 | | - | | | 283,666 |
| Interest | - | 1,569 54 | 5,742 93 | 251 93 | 13,669 24 | 10,933 00 | 118,880 09 | 0 00 | 8,587 84 | 1,967 47 | 44,511 81 | 206,114 |
| *Less:* | | | | | | | | | | | | |
| Claims Paid | 17,292 18 | - | - | - | - | 3,142 84 | 22,441 64 | - | - | - | - | 42,877 |
| Transfer to new account | 29,316,946 71 | 41,047,373 94 | - | - | - | - | - | - | - | - | - | 70,364,321 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Bank Balance March 08** | - | 17,007.08 | 369,400.78 | 14,758.36 | 834,406.79 | 661,031.57 | 7,810,342.35 | 5,586.58 | 521,599.24 | 125,291.64 | 2,711,047.50 | 13,070,472 |

## APRIL

| | Bank One | Citizens | Comerica | Insurbanc | KeyBank | Pre-merger M&T | PNC | Chase | Sovereign | TCF | USBank | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beggining balanceApril 08 | - | 17,007 08 | 369,400 78 | 14,758 36 | 834,406 79 | 661,031 57 | 7,810,342 35 | 5,586 58 | 521,599 24 | 125,291 64 | 2,711,047 50 | 13,070,472 |
| *Add:* | | | | | | | | | | | | |
| Cash Receipt G-fee | | | | | | | | | | | | |
| Cash Receipt Basis Points | | | 47,974 27 | 1,082 73 | 29,315 43 | 21,966 08 | 512,209 25 | | 4,171 85 | 8,253 09 | 35,491 21 | 660,464 |
| Cash Receipt other | | | | | | | | | | | | - |
| Interest | 0 00 | 219 17 | 4,565 06 | 182 38 | 10,311 62 | 8,169 04 | 96,520 40 | 0 00 | 6,445 94 | 1,548 36 | 33,503 19 | 161,456 |
| *Less:* | | | | | | | | | | | | |
| Claims Paid | | | | | | | | | | | | |
| Transfer to Bank One account # 127685-100 | | | | | | | | 5,586 58 | | | | 5,587 |
| Other | | | | | | | | - | | | | |
| **Ending Bank Balance April 08** | - | 17,217.26 | 421,940.12 | 16,023.47 | 874,033.84 | 691,166.69 | 8,419,072.00 | - | 532,217.03 | 135,093.08 | 2,780,041.90 | 13,886,805 |

## MAY

| | Bank One | Citizens* | Comerica | Insurbanc | KeyBank | Pre-merger M&T | PNC | Chase | Sovereign | TCF | USBank | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beggining balance May 08 | - | 17,217 26 | 421,940 12 | 16,023 47 | 874,033 84 | 691,166 69 | 8,419,072 00 | - | 532,217 03 | 135,093 08 | 2,780,041 90 | 13,886,805 |
| *Add:* | | | | | | | | | | | | |
| Cash Receipt G-fee | | | | | | | | | | | | |
| Cash Receipt Basis Points | | | 20,302 45 | | 5,843 60 | 8,576 11 | 281,153 06 | | 1,033 62 | 769 89 | 9,940 94 | 327,620 |
| Cash Receipt other | | | | | | | | | | | | - |
| Interest | 0 00 | 38 83 | 951 48 | 36 13 | 1,970 95 | 1,558 59 | 18,985 06 | 0 00 | 1,200 15 | 304 64 | 6,269 01 | 31,315 |
| *Less:* | | | | | | | | | | | | |
| Claims Paid | | | | | | | | | | | | - |
| Transfer to new account | | | | | | | | | | | | - |
| Other | | | | | | | | | | | | - |
| **Ending Bank Balance May 08** | - | 17,256.08 | 443,194.05 | 16,059.61 | 881,848.39 | 701,301.39 | 8,719,210.13 | - | 534,450.80 | 136,167.61 | 2,796,251.85 | 14,245,740 |

* March G-Fees should have been deposited into new pool account at RBS Citizens, transferred in June

Doc 3335615 C