EXHIBIT C

## Statement Balances as of May 31, 2008

| Lender | Bank Acct# | | Account Balance |
|---|---|---|---:|
| Bank One | 127XX5-100 | $ | 40,444,470 |
| Bank of America | 127XX5-101 | $ | 24,138,645 |
| Guaranty Bank | 127XX5-102 | $ | 35 |
| Sun Trust Bank | 127XX5-103 | $ | 477,510 |
| HSBC Bank | 127XX5-104 | $ | 885,427 |
| First National Bank of Northeast | 127XX5-105 | $ | 782 |
| GMAC | 127XX5-110 | $ | 5,826,682 |
| National City Bank | 127XX5-112 | $ | 4,070,878 |
| All First Bank | 127XX5-114 | $ | 293,514 |
| Huntington Bank | 127XX5-115 | $ | 864,564 |
| ***JOINT ACCT*** | | | |
| Bank One | 127XX5-116 | $ | - |
| Citizens | 127XX5-117 | $ | 17,256 |
| Comerica | 127XX5-118 | $ | 443,194 |
| Insurbanc | 127XX5-119 | $ | 16,060 |
| KeyBank | 127XX5-120 | $ | 881,848 |
| M&T | 127XX5-121 | $ | 701,301 |
| PNC | 127XX5-122 | $ | 8,719,210 |
| Chase | 127XX5-123 | $ | - |
| Sovereign | 127XX5-124 | $ | 534,451 |
| TCF | 127XX5-125 | $ | 136,168 |
| USBank | 127XX5-126 | $ | 2,796,252 |
| *Total 116 Account (joint acct)* * | | *$* | *14,245,740* |
| **Total Pool Balances with US BANK** | | **$** | **91,248,247** |
| RSB Citizens Bank | 130XXX0427 | $ | 50,394,701 |
| Union Federal Savings Bank | 01XXX01246 | $ | 31,245,286 |
| **Total Pool Balances not with US BANK** | | **$** | **81,639,987** |
| **TOTAL TERI Pool Accounts** | | **$** | **172,888,234** |