# Exhibit D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| THE EDUCATION RESOURCES INSTITUTE, INC. ) | Case No. 08-12540 (HJB) |
| ) | |
| Debtor. ) | |

**EXHIBIT D TO DISCLOSURE STATEMENT**
**REORGANIZED TERI FINANCIAL STATEMENTS**

## PROJECTIONS

To confirm the Plan, the Bankruptcy Court must find that confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtors. This requirement is imposed by Bankruptcy Code 1129(a)(11) and is referred to as the "feasibility" requirement. The Debtors believe that they will be able to timely perform all obligations described in the Plan and, therefore, that the Plan is feasible.

For the purpose of demonstrating the feasibility of the Plan, the following financial projections for each of the three years ended April 30, 2011, 2012 and 2013 (the "Projections") were prepared by the Debtor, assisted by its professional advisors. The Projections reflect the Debtor's results from operations of Reorganized TERI and reflect the Debtor's assumptions and judgments as to expectations of market and business conditions, expected future operating performance, and the occurrence or nonoccurrence of certain future events, all of which are subject to change, as discussed below.

The Projections present, to the best of the Debtor's knowledge and belief, Reorganized TERI's results from operations for the three years following the estimated date of emergence of May 1, 2010. Although the Debtor is of the opinion that these assumptions are reasonable under current circumstances, such assumptions are subject to inherent uncertainties, including but not limited to, material changes to the economic environment, demand for its services, the competitive environment and other factors affecting the Debtor's business. The likelihood, and related financial impact, of a change in any of these factors cannot be predicted with certainty. Consequently, actual financial results could differ materially from the Projections. The Projections assume that the Plan would be implemented in accordance with its stated terms and that consummation of the Plan would occur on May 1, 2010. The Projections should be read in conjunction with the assumptions and qualifications contained herein.

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES ("GAAP") IN THE U.S. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY A REGISTERED INDEPENDENT PUBLIC ACCOUNTING FIRM.

THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH MAY NOT BE REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONSEQUENCES WHICH ARE BEYOND THE CONTROL OF THE DEBTOR. CONSEQUENTLY, THE PROJECTIONS SHOUD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTOR, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE PRESENTED IN THE PROJECTIONS.

## GENERAL ASSUMPTIONS

The Debtor prepared the Projections with the assistance of its professional advisors. The Projections represent, to the best of the Debtor's knowledge and belief, the Debtor's results from operations for the three years following the estimated date of emergence of May 1, 2010 and reflect the Debtor's assumptions and judgments considering information known as of February 8, 2010.

**Key Assumptions**

i. Revenues

Management's long range plan includes generating revenues from further developing its existing collection management services and offering portfolio management services, in addition to continuing its not-for-profit mission related to College Access, which will be primarily funded by grant income. The long range plan also contemplates that certain assets of the Debtor, including defaulted loans purchased by the Debtor, will be transferred to a Plan Trust and administered by the Plan Trustee for the benefit of Creditors. TERI anticipates receiving revenue from shared recoveries, which are based on the Collection Contract set forth in the Plan and described in the Disclosure Statement between Reorganized TERI and the Plan Trustee.

The revenue projections also include a fee for managing the collection of defaulted loans and reimbursements from the Plan Trust for back office or administrative expenses incurred while assisting the Plan Trustee in liquidating assets.

ii. Employee Costs and Professional Services

Employee costs include, among other things, salaries, wages, payroll taxes, benefits, and outside contractors. Professional services include board of directors' compensation as well as bank, audit, and legal related fees. Medical expense, which makes up approximately 9% of total employee costs, is grown each calendar year by approximately 14%; an assumed expense increase correlated with historical trends. All other employee costs and professional services are grown by approximately 3% each fiscal year due to an assumed increase in costs and general inflation.

iii. Selling, General and Administrative ("SG&A") and Other Expense

Consolidated SG&A expenses include rent, utilities, building maintenance, telephone, corporate insurance, office supplies, printing, advertising, and travel. Other expense includes dues, subscriptions and IT charges. SG&A and other expenses are forecast to increase by approximately 3% each fiscal year due to increase in costs and general inflation.

iv.  Interest Income

Interest income is expected to be generated from Retained Cash, the Restricted Charitable Gift Funds, endowments, and grants.

**The Education Resources Institute, Inc.**

Projected Income Statement
*(Unaudited, $ in whole amounts)*

| | Projected 12 Months Ended 4/30/2011 | Projected 12 Months Ended 4/30/2012 | Projected 12 Months Ended 4/30/2013 |
|---|---:|---:|---:|
| **Revenue** | | | |
| Portfolio management | $ 1,100,000 | $ 2,800,000 | $ 4,960,000 |
| Grants | 1,958,484 | 2,087,101 | 2,060,669 |
| Collections | 2,075,193 | 1,393,768 | 666,212 |
| Shared recoveries | 1,000,000 | 1,000,000 | - |
| Other revenue | 193,939 | 198,108 | - |
| **Total Revenue** | 6,327,616 | 7,478,977 | 7,686,880 |
| **Expenses** | | | |
| Employee costs | (5,526,712) | (5,706,319) | (5,732,342) |
| SG&A | (1,321,773) | (1,354,817) | (1,395,461) |
| Professional services | (364,000) | (373,100) | (384,293) |
| Depreciation | (69,351) | (73,351) | (76,684) |
| TERI other income (expense) | (53,407) | (54,743) | (56,144) |
| **Total Expenses** | (7,335,243) | (7,562,329) | (7,644,925) |
| **Operating Income** | (1,007,627) | (83,352) | 17,018 |
| Interest income (expense) | 45,729 | 43,528 | 42,929 |
| **Net Increase (Decrease) in Assets** | $ (961,898) | $ (39,824) | $ 59,947 |

**The Education Resources Institute, Inc.**

Projected Cash Flow

*(Unaudited, $ in whole amounts)*

| | Projected 12 Months Ended 4/30/2011 | Projected 12 Months Ended 4/30/2012 | Projected 12 Months Ended 4/30/2013 |
|---|---:|---:|---:|
| Net Increase (Decrease) in Assets | $ (961,898) $ | (39,824) $ | 59,947 |
| Depreciation | 69,351 | 73,351 | 76,684 |
| Change in Grants receivable | - | - | - |
| Change in Accounts receivable | (270,492) | (147,541) | (260,656) |
| Capex | (20,000) | (20,000) | (20,000) |
| Change in Prepaid expense and other assets | - | - | - |
| Change in Accounts payable and accrued expenses | 52,024 | 57,449 | 61,925 |
| Deferred grant revenue | - | - | - |
| **Net change in cash** | **(1,131,015)** | **(76,565)** | **(82,100)** |
| | | | |
| Beginning cash | 11,968,533 | 10,837,518 | 10,760,953 |
| Net change in cash | (1,131,015) | (76,565) | (82,100) |
| **Ending cash** | **10,837,518** | **10,760,953** | **10,678,853** |

**The Education Resources Institute, Inc.**

Projected Balance Sheet
*(Unaudited, $ in whole amounts)*

|  | Projected 4/30/2011 | Projected 4/30/2012 | Projected 4/30/2013 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and marketable securities - unrestricted | $ 10,837,518 | $ 10,760,953 | $ 10,678,853 |
| Receivables | | | |
| Grants receivable | 116,509 | 116,509 | 116,509 |
| Accounts receivable | 270,492 | 418,033 | 678,689 |
| Property and equipment (net) | 277,403 | 224,052 | 167,368 |
| Prepaid expense and other assets | 190,913 | 190,913 | 190,913 |
| **Total Assets** | $ 11,692,834 | $ 11,710,460 | $ 11,832,331 |
| **Liabilities** | | | |
| Revolver | - | - | - |
| Accounts payable and accrued expenses | 1,657,802 | 1,715,252 | 1,777,176 |
| Deferred revenue | | | |
| Grants | 244,793 | 244,793 | 244,793 |
| **Total Liabilities** | 1,902,595 | 1,960,045 | 2,021,969 |
| **Net Assets** | | | |
| Net assets | 10,752,137 | 9,790,239 | 9,750,415 |
| Change in Net Assets | (961,898) | (39,824) | 59,947 |
| **Total Net Assets** | 9,790,239 | 9,750,415 | 9,810,362 |
| **Total Liabilities and Net Assets** | $ 11,692,834 | $ 11,710,460 | $ 11,832,331 |

**The Education Resources Institute, Inc.**
Projected Pro-Forma Balance Sheet
*(Unaudited, $ in whole amounts)*

| | Projected 4/30/10 | | Plan Settlement | | Transfer to Plan Trust | | Cancellation of Debt | | Pro-Forma 5/1/10 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A | | | | | | | | |
| **Assets** | | | | | | | | | | |
| Cash and marketable securities - unrestricted | $ 48,074,220 | | $ 8,567,786 | B | $ (44,673,473) | C | $ - | | $ 11,968,533 | D |
| Cash and marketable securities - restricted | 364,612,649 | | (364,612,649) | E | - | | - | | - | |
| Receivables | | | | | | | | | | |
| Fees | 38,876,525 | | (38,876,525) | F | - | | - | | - | |
| Grants | 116,509 | | - | | - | | - | | 116,509 | |
| Accrued interest | 632,104 | | (632,104) | G | - | | - | | - | |
| Student Loans | 232,401,886 | | (111,009,243) | H | (121,392,643) | I | - | | - | |
| Note | 3,100,680 | | (3,100,680) | J | - | | - | | - | |
| Other | 211,001 | | - | | (211,001) | | - | | - | |
| Property and equipment (net) | 326,754 | | - | | - | | - | | 326,754 | |
| Residual Interest | - | K | - | | - | | - | | - | |
| Prepaid expense and other assets | 190,913 | | - | | - | | - | | 190,913 | |
| **Total Assets** | $ 688,543,241 | | $ (509,663,415) | | $ (166,277,117) | | $ - | | $ 12,602,709 | |
| **Liabilities** | | | | | | | | | | |
| Accounts payable and accrued expenses | $ 1,605,778 | | $ - | | $ - | | $ - | | $ 1,605,778 | |
| Deferred revenue | | | | | | | | | | |
| Fees | - | | - | | - | | - | | - | |
| Grants | 244,793 | | - | | - | | - | | 244,793 | L |
| Loan Loss Reserve | - | | - | | - | | - | | - | |
| Liabilities Subject to Compromise | 683,264,564 | | (521,869,863) | M | - | | (161,394,701) | N | - | |
| **Total Liabilities** | $ 685,115,135 | | $ (521,869,863) | | $ - | | $ (161,394,701) | | $ 1,850,571 | |
| **Net Assets** | $ 3,428,106 | | $ 12,206,448 | | $ (166,277,117) | | $ 161,394,701 | | $ 10,752,138 | |
| **Total Liabilities and Net Assets** | $ 688,543,241 | | $ (509,663,415) | | $ (166,277,117) | | $ - | | $ 12,602,709 | |

General Note - TERI does not anticipate Fresh Start accounting to be applicable upon emergence

A  Reflects actual results through 1/31/10 and forecasted results through 4/30/10

B  Transfer from restricted cash to settle Make and Wait lien issues and post petition Trust recoveries

C  Amount represents unrestricted cash to be transferred to the Plan Trust. This amount represents projected cash available for distributition to Creditors and to pay accrued administrative expenses

D  Consists of $3.4 mil TERI settlement and approx. $8.6 mil ($8 mil in Restricted Charitable Funds, $0.3 mil in Restricted Grant Funds balance and $0.3 mil interest accrued on endowment funds) to be designated as Reorganized TERI restricted cash

E  Transferred to respective lender or Trust with exception of settlement for Make and Wait lien settlement

F  Included in claim settlement calculations for each respective lender or Trust

G  Included in reserve account balance and returned to respective lender or Trust

H  Estimated amounts to be recovered on defaults for Make and Wait lenders and pre-petition Trust

I  Estimated amounts to be recovered from TERI owned loans and Trust post-petition defaults

J  Notes receivable from FMC which will be set off against its claim

K  The value of the Residual has been adjusted to $0. Reorganized TERI will retain the Residual

L  Related to liability from Restricted Grant Funds received (included in note D) and yet to be disbursed

M  Estimated recovery from allowed claims (unsecured recovery from Decoder settlement amounts and secured recovery from restricted cash)

N  Calculated as variance between estimated recovery to creditors and accounting liability