UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re<br><br>THE EDUCATION RESOURCES INSTITUTE, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 08-12540 (HJB) |

**JOINT MOTION OF PLAN PROPONENTS' TO DEEM ACCEPTANCES OF THE PLAN TO BE ACCEPTANCES OF THE PLAN AS MODIFIED WITH RESPECT TO CLASSES 3M AND 3N**

**[NATIONAL COLLEGIATE TRUST 2001-CP1 AND THE NATIONAL COLLEGIATE TRUST 2002-CP1]**

The Education Resources Institute, Inc., the debtor and debtor in possession in the above-captioned case ("TERI" or the "Debtor") and the Official Committee of Unsecured Creditors of TERI (the "Committee"), jointly submit this motion (this "Motion") seeking an order of the Court deeming acceptances received for the Fourth Amended Joint Plan of Reorganization (the "Plan") to be acceptances of the Plan as modified by that certain Modification dated April 21, 2010 (the "Modification") providing treatment of claims classified as 3M and 3N and otherwise settling disputes as provided in that certain stipulation (the "Stipulation") with MBIA Insurance Corporation ("MBIA"), as Control Party under those certain indentures (as same may have been amended and supplemented) of each of The National Collegiate Trust 2001-CP1 ("2001-CP1") and The National Collegiate Student Trust 2002-CP1 ("2002-CP1" and together with 2001-CP1, the "MBIA Trusts"). The Stipulation (a copy of which is appended to the Modification and

4/22/2010 THIS MATTER WILL BE SCHEDULED FOR HEARING ON THE SAME DAY AND TIME AS THE HEARING ON CONFIRMATION OF THE PLAN AND WILL BE HEARD PRIOR TO THE OTHER MATTERS SCHEDULED FOR THAT DAY.

LIBC/3767010.7