**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

_____
                                                      )

In re:                                                )    **Chapter 11**
                                                      )

**THE EDUCATION RESOURCES INSTITUTE, INC.,** )    **Case No. 08-12540 (HJB)**
                                                      )

                      **Debtor.**                )
                                                        )
_____ )

**DECLARATION OF JANE SULLIVAN ON BEHALF OF EPIQ
BANKRUPTCY SOLUTIONS, LLC REGARDING VOTING ON, AND TABULATION
OF, BALLOTS ACCEPTING AND REJECTING FOURTH AMENDED
JOINT PLAN OF REORGANIZATION OF THE EDUCATION RESOURCES
INSTITUTE, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Jane Sullivan, being duly sworn, declares, under penalty of perjury:

1.      I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC,

("Epiq"), located at 757 Third Avenue, New York, New York 10017.  I am authorized to submit

this Declaration on behalf of Epiq.  I am over the age of 18 years and not a party to the within

action.

2.      I submit this Declaration with respect to the Fourth Amended Joint Plan of

Reorganization of The Education Resources Institute, Inc. and The Official Committee of

Unsecured Creditors, dated February 25, 2010 (as may be modified and/or amended, the

"Plan").[1]  Except as otherwise indicated, all facts set forth herein are based upon my personal

knowledge or my review of relevant documents.  If I were called upon to testify, I could and

would testify competently as to the facts set forth herein.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan or the
Solicitation Procedures Order (as defined below).

3.        In accordance with the (a) Order Approving the Debtor's Agreement with Epiq Bankruptcy Solutions, LLC and Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent for the Debtor, dated April 15, 2008 [Docket No. 53], and (b) Order (A) Approving the Disclosure Statement, (B) Temporarily Allowing Claims for Voting Purposes, (C) Establishing Procedures for Confirmation of the Plan, (D) Establishing Plan Solicitation and Voting Procedures and (E) Approving Forms of Notices and Ballots, dated March 8, 2010 [Docket No. 1023] (the "Solicitation Procedures Order"), Epiq was appointed to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating the ballots accepting or rejecting the Plan.

4.        Pursuant to the Plan, only holders of Claims in the following Classes were entitled to vote to accept or reject the Plan:

| Class | Type of Claim |
|---|---|
| Classes 2b, 2d-2p | Secured Claims of Make and Wait Lenders |
| Classes 3a-3q | Secured Claims of Certain Securitization Trusts |
| Classes 4a-4k | Secured Claims of Keycorp Trusts and KeyBank (other than in its capacity as a Make and Wait Lender) |
| Class 5 | General Unsecured Claims |

(collectively, the "Voting Classes").

5.        The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Procedures Order.  Epiq was instructed to solicit, review, determine the validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Plan by the holders of Claims in the Voting Classes.

6.      As specified in the Solicitation Procedures Order, February 26, 2010 was established as the Record Date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan.

7.      In accordance with the Solicitation Procedures Order, Epiq solicited the holders of Claims in the Voting Classes as of the Record Date.  Epiq solicited the noteholders of Classes 3a-3q and Classes 4a-4k based on information provided to Epiq by third parties associated with the KeyCorp Trusts and Securitization Trusts of the holders of Claims in Classes 3a-3q and Classes 4a-4k as of the Record Date, using the procedures proscribed in the Solicitation Procedures Order.

8.      Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in New York, New York.  All ballots received by Epiq were date stamped upon receipt and were processed in accordance with the Solicitation Procedures Order.  Due to unanticipated disruptions in air travel caused by a volcanic eruption in Iceland, and the subsequent inability of certain holders to vote as prescribed in the Solicitation Procedures Order, certain international holders of Claims were allowed to cast their ballot by electronic mail or facsimile transmission.

9.      In order for a ballot to be counted as valid, the ballot must have been properly completed in accordance with the Solicitation Procedures Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq by the deadline of 4:00 p.m. (prevailing Eastern Time) on April 23, 2010.  All validly executed ballots cast by holders of Claims in the Voting Classes and received by Epiq on or before such deadline were tabulated as outlined in the Solicitation Procedures Order.[2]  I declare that the

---

[2] Epiq received GMAC Bank's and SunTrust Bank's ballots via electronic mail after April 23, 2010; the Debtor, however, waived any defects related to these ballots and authorized Epiq to include them in its tabulation.

results of the voting by holders of Claims in the Voting Classes are as set forth in Exhibit A

hereto, which is a true and correct copy of the final tabulation of votes cast by timely and

properly executed ballots received by Epiq.

10.      A report of all votes included in the tabulation prepared by Epiq is

attached as Exhibit B hereto.

11.      A report of all votes not included in the tabulation prepared by Epiq and

the reasons for exclusion of such Ballots is attached as Exhibit C hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information, and belief.

DATED:  April 27, 2010

_Jane Sullivan_
_____
Jane Sullivan

**<u>Exhibit A</u>**

## TABULATION SUMMARY

| THE EDUCATION RESOURCES INSTITUTE, INC. | | | |
|---|---|---|---|
| **VOTING CLASS** | **TOTAL BALLOTS COUNTED** | | |
| | **ACCEPT** | | **REJECT** | |
| | **AMOUNT** | **NUMBER** | **AMOUNT** | **NUMBER** |
| **CLASS 2 (SECURED CLAIMS OF MAKE AND WAIT LENDERS)** | | | | |
| Class 2b<br>Comerica Bank | $488,790.84<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2d<br>GMAC Bank | $5,930,465.14<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2e<br>HSBC Bank USA, N.A. | $944,414.14<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2f<br>Huntington National Bank | $897,159.99<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2g<br>Insurbanc | $16,319.57<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2h<br>KeyBank National Association | $856,777.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2i<br>Manufacturers and Traders Trust Company | $1,020,448.02<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2j<br>National City Bank | $4,212,259.05<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2k<br>PNC Bank, N.A. | $10,256,244.34<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2l<br>RBS Citizens, N.A. | $0.00<br>**0.00%** | 0<br>**0.00%** | $47,778,723.93<br>**100%** | 1<br>**100%** |
| Class 2m<br>Sovereign Bank | $549,149.96<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |

## THE EDUCATION RESOURCES INSTITUTE, INC.

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | |
| --- | --- | --- | --- | --- |
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| Class 2n<br>SunTrust Bank | $519,103.52<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 2o<br>TCF National Bank | **No ballots received for this class** | | | |
| Class 2p<br>U.S. Bank, N.A. | $2,908,700.60<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| **CLASS 3 (SECURED CLAIMS OF SECURITIZATION TRUSTS)** | | | | |
| Class 3a<br>National Collegiate Student Loan Trust 2003-1 | $231.96<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3b<br>National Collegiate Student Loan Trust 2004-1 | $658.28<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3c<br>National Collegiate Student Loan Trust 2004-2 | $496.69<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3d<br>National Collegiate Student Loan Trust 2005-1 | $1,025.18<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3e<br>National Collegiate Student Loan Trust 2005-2 | $1,354.32<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3f<br>National Collegiate Student Loan Trust 2005-3 | $2,240.87<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3g<br>National Collegiate Student Loan Trust 2006-1 | $2,654.55<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3h<br>National Collegiate Student Loan Trust 2006-2 | $129.81<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3i<br>National Collegiate Student Loan Trust 2006-3 | $48,175,748.84<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |

2

## THE EDUCATION RESOURCES INSTITUTE, INC.

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | |
| --- | --- | --- | --- | --- |
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| Class 3j<br>National Collegiate Student Loan Trust 2006-4 | $19,511,866.10<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3k<br>National Collegiate Student Loan Trust 2007-1 | $30,574,349.18<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3l<br>National Collegiate Student Loan Trust 2007-2 | $36,798,357.91<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3m<br>National Collegiate Student Loan Trust 2001-CP1 | $404.48<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3n<br>National Collegiate Student Loan Trust 2002-CP1 | $834,381.77<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3o<br>National Collegiate Master Student Loan Trust I | $261.93<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3p<br>National Collegiate Student Loan Trust 2007-3 | $65,215,301.47<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 3q<br>National Collegiate Student Loan Trust 2007-4 | $64,376,015.26<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| **CLASS 4 (SECURED CLAIMS OF THE KEYCORP TRUSTS AND KEYBANK N.A.)** | | | | |
| Class 4a<br>KSLT 1999-A | $5,304.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4b<br>KSLT 1999-B | $0.00<br>**0.00%** | 0<br>**0.00%** | $4,426.00<br>**100%** | 1<br>**100%** |
| Class 4c<br>KSLT 2000-A | $2,777.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4d<br>KSLT 2000-B | $4,989.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |

| THE EDUCATION RESOURCES INSTITUTE, INC. | | | | |
|---|---|---|---|---|
| | **TOTAL BALLOTS COUNTED** | | | |
| **VOTING CLASS** | **ACCEPT** | | **REJECT** | |
| | **AMOUNT** | **NUMBER** | **AMOUNT** | **NUMBER** |
| Class 4e<br>KSLT 2001-A | $3,055.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4f<br>KSLT 2002-A | $3,278.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4g<br>KSLT 2003-A | $1,122.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4h<br>KSLT 2004-A | $2,053.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4i<br>KSLT 2005-A | $1,358.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4j<br>KSLT 2006-A | $65.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| Class 4k<br>KeyBank National Association | $17,572.00<br>**100%** | 1<br>**100%** | $0.00<br>**0.00%** | 0<br>**0.00%** |
| **CLASS 5 (GENERAL UNSECURED CLAIMS)** | | | | |
| Class 5<br>General Unsecured Claims | $15,723,672,570.18<br>**91.98%** | 67<br>**95.71%** | $1,370,168,419.07<br>**8.02%** | 3<br>**4.29%** |

4

**<u>Exhibit B</u>**

EXHIBIT B

# The Education Resources Institute, Inc.

Classes 2b, 2d-2p (Secured Claims of Make and Wait Lenders)

| BSI Internal Number | Class | Name | Voting Amount | Accept / Reject | Ballot Number |
|---|---|---|---|---|---|
| 1000000200 | 2B | COMERICA BANK | $488,790.84 | Accept | 20 |
| 1000000400 | 2D | GMAC BANK | $5,930,465.14 | Accept | 81 |
| 1000000500 | 2E | HSBC BANK USA, NATIONAL ASSOCIATION | $944,414.14 | Accept | 53 |
| 1000000600 | 2F | HUNTINGTON NATIONAL BANK, THE | $897,159.99 | Accept | 42 |
| 1000000700 | 2G | INSURBANC | $16,319.57 | Accept | 8 |
| 1000000800 | 2H | KEYBANK NATIONAL ASSOCIATION | $856,777.00 | Accept | 24 |
| 1000000900 | 2I | MANUFACTURERS & TRADERS TRUST COMPANY | $1,020,448.02 | Accept | 28 |
| 1000001000 | 2J | PNC BANK | $4,212,259.05 | Accept | 5 |
| 1000001100 | 2K | PNC BANK N.A. | $10,256,244.34 | Accept | 4 |
| 1000001200 | 2L | RBS CITIZENS, N.A. | $47,778,723.93 | **REJECT** | 27 |
| 1000001300 | 2M | SOVEREIGN BANK | $549,149.96 | Accept | 44 |
| 1000001400 | 2N | SUNTRUST BANK | $519,103.52 | Accept | 82 |
| 1000001600 | 2P | US BANK NATL ASSOC, AS INDENTURE TRUSTEE | $2,908,700.60 | Accept | 43 |

# The Education Resources Institute, Inc.

Classes 3a-3q (Secured Claims of Securitization Trusts)

| BSI Internal Number | Class | Name | Voting Amount | Accept / Reject | Ballot Number |
|---|---|---|---|---|---|
| | 3A | NATL COLLEGIATE STUDENT LOAN TR 2003-1 | $231.96 | Accept | 10000 |
| | 3B | NATL COLLEGIATE STUDENT LOAN TR 2004-1 | $658.28 | Accept | 10002 |
| | 3C | NATL COLLEGIATE STUDENT LOAN TR 2004-2 | $496.69 | Accept | 10004 |
| | 3D | NATL COLLEGIATE STUDENT LOAN TR 2005-1 | $1,025.18 | Accept | 10006 |
| | 3E | NATL COLLEGIATE STUDENT LOAN TR 2005-2 | $1,354.32 | Accept | 10008 |
| | 3F | NATL COLLEGIATE STUDENT LOAN TR 2005-3 | $2,240.87 | Accept | 10010 |
| | 3G | NATL COLLEGIATE STUDENT LOAN TR 2006-1 | $2,654.55 | Accept | 10012 |
| | 3H | NATL COLLEGIATE STUDENT LOAN TR 2006-2 | $129.81 | Accept | 10014 |
| | 3I | NATL COLLEGIATE STUDENT LOAN TR 2006-3 | $48,175,748.84 | Accept | 10016 |
| | 3J | NATL COLLEGIATE STUDENT LOAN TR 2006-4 | $19,511,866.10 | Accept | 10018 |
| | 3K | NATL COLLEGIATE STUDENT LOAN TR 2007-1 | $30,574,349.18 | Accept | 10020 |
| | 3L | NATL COLLEGIATE STUDENT LOAN TR 2007-2 | $36,798,357.91 | Accept | 10022 |
| 1000002200 | 3M | NATL COLLEGIATE STUDENT LOAN TR 2001-CP1 | $404.48 | Accept | 29 |
| 1000002300 | 3N | NATL COLLEGIATE STUDENT LOAN TR 2002-CP1 | $834,381.77 | Accept | 30 |
| 1000002400 | 3O | NATL COLLEGIATE MASTER STUDENT LOAN TR I | $261.93 | Accept | 13 |
| 1000002500 | 3P | NATL COLLEGIATE STUDENT LOAN TR 2007-3 | $65,215,301.47 | Accept | 14 |
| 1000002600 | 3Q | NATL COLLEGIATE STUDENT LOAN TR 2007-4 | $64,376,015.26 | Accept | 15 |

EXHIBIT B

# The Education Resources Institute, Inc.

Classes 4a-4k (Secured Claims of the KeyCorp Trusts and KeyBank N.A.)

| BSI Internal Number | Class | Name | Voting Amount | Accept / Reject | Ballot Number |
|---|---|---|---|---|---|
| | 4A | KEYCORP STUDENT LOAN TRUST 1999-A | $5,304.00 | Accept | 20000 |
| | 4B | KEYCORP STUDENT LOAN TRUST 1999-B | $4,426.00 | **REJECT** | 20002 |
| 1000001700 | 4C | KEYCORP STUDENT LOAN TRUST 2000-A | $2,777.00 | Accept | 31 |
| 1000001800 | 4D | KEYCORP STUDENT LOAN TRUST 2000-B | $4,989.00 | Accept | 33 |
| 1000001900 | 4E | KEYCORP STUDENT LOAN TRUST 2001-A | $3,055.00 | Accept | 32 |
| 1000002000 | 4F | KEYCORP STUDENT LOAN TRUST 2002-A | $3,278.00 | Accept | 16 |
| 1000002100 | 4G | KEYCORP STUDENT LOAN TRUST 2003-A | $1,122.00 | Accept | 34 |
| | 4H | KEYCORP STUDENT LOAN TRUST 2004-A | $2,053.00 | Accept | 20004 |
| | 4I | KEYCORP STUDENT LOAN TRUST 2005-A | $1,358.00 | Accept | 20006 |
| | 4J | KEYCORP STUDENT LOAN TRUST 2006-A | $65.00 | Accept | 20008 |
| 1000000800 | 4K | KEYBANK NATIONAL ASSOCIATION | $17,572.00 | Accept | 41 |

# The Education Resources Institute, Inc.

Class 5 (General Unsecured Claims)

| BSI Internal Number | Claim Number | Schedule Number | Class | Name | Voting Amount | Accept / Reject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 300 | 84 | | 5 | ACADEMIC FINANCE CORPORATION | $187,348.22 | Accept | 50 |
| 401 | 195 | | 5 | ACADEMIC MANAGEMENT SERVICES CORP. | $11,280,440.09 | Accept | 26 |
| 5700 | 22 | 540001840 | 5 | ASSOCIATED CREDIT SERVICES, INC. | $140,400.00 | Accept | 7 |
| 19700 | 85 | | 5 | BOSQUE HIGHER EDUCATION AUTHORITY, INC. | $662,538.82 | Accept | 48 |
| 19700 | 49 | | 5 | BOSQUE HIGHER EDUCATION AUTHORITY, INC. | $5,488.95 | Accept | 49 |
| 21400 | 60 | | 5 | BOWMAN, GAIL | $85,047.00 | Accept | 10 |
| 22300 | 83 | | 5 | BRAZOS STUDENT FINANCE CORPORATION | $95,875,793.64 | Accept | 47 |
| 25100 | 151 | | 5 | CFLD-I, INC. | $70,733,990.97 | Accept | 19 |
| 25300 | 54 | 540008500 | 5 | CFO SOLUTIONS LLC | $45,107.00 | Accept | 9 |
| 1000000200 | | | 5 | COMERICA BANK | $24,991,949.67 | Accept | 20 |
| 42200 | 56 | | 5 | DUHON, DAVID | $1.00 | Accept | 2 |
| 57200 | 86 | | 5 | GLOBAL EDUCATIONAL FINANCE CORPORATION | $21,759,357.41 | Accept | 51 |
| 1000000400 | | | 5 | GMAC BANK | $86,209,802.95 | Accept | 81 |
| 1000000500 | | | 5 | HSBC BANK USA, NATIONAL ASSOCIATION | $26,711,633.86 | Accept | 53 |
| 1000000600 | | | 5 | HUNTINGTON NATIONAL BANK, THE | $14,897,998.67 | Accept | 42 |
| 1000000700 | | | 5 | INSURBANC | $238,232.37 | Accept | 8 |
| 1000000800 | | | 5 | KEYBANK NATIONAL ASSOCIATION | $13,350,871.00 | Accept | 24 |
| | | | 5 | KEYCORP STUDENT LOAN TRUST 1999-A | $83,626,219.00 | Accept | 20001 |
| | | | 5 | KEYCORP STUDENT LOAN TRUST 1999-B | $87,705,522.00 | ***Reject*** | 20003 |
| 1000001700 | | | 5 | KEYCORP STUDENT LOAN TRUST 2000-A | $52,975,660.00 | Accept | 31 |
| 1000001800 | | | 5 | KEYCORP STUDENT LOAN TRUST 2000-B | $118,675,683.00 | Accept | 33 |
| 1000001900 | | | 5 | KEYCORP STUDENT LOAN TRUST 2001-A | $75,004,107.00 | Accept | 32 |
| 1000002000 | | | 5 | KEYCORP STUDENT LOAN TRUST 2002-A | $115,360,077.00 | Accept | 16 |
| 1000002100 | | | 5 | KEYCORP STUDENT LOAN TRUST 2003-A | $31,670,206.00 | Accept | 34 |
| | | | 5 | KEYCORP STUDENT LOAN TRUST 2004-A | $28,335,656.00 | Accept | 20005 |
| | | | 5 | KEYCORP STUDENT LOAN TRUST 2005-A | $27,057,741.00 | Accept | 20007 |
| 1000002700 | | | 5 | KEYCORP STUDENT LOAN TRUST 2006-A | $6,658,994.00 | Accept | 20009 |
| 1000000900 | | | 5 | KNOWLEDGEWORKS, STUDENT LENDING OHIO | $4,526,806.00 | Accept | 40 |
| 1000000900 | | | 5 | MANUFACTURERS & TRADERS TRUST COMPANY | $21,466,856.79 | Accept | 28 |
| | 11 | | 5 | MB FINANCIAL BANK, N.A. | $73,994.00 | Accept | 11 |
| 76600 | 168 | | 5 | MBIA INSURANCE COMPANY | $23,200,000.00 | Accept | 35 |
| 76600 | 169 | | 5 | MBIA INSURANCE COMPANY | $219,500,000.00 | Accept | 36 |
| 76600 | 167 | | 5 | MBIA INSURANCE COMPANY | $65,400,000.00 | Accept | 37 |
| 77000 | 166 | 540031320 | 5 | MBIA INSURANCE CORPORATION | $224,500,000.00 | Accept | 38 |
| 77700 | 67 | 540031520 | 5 | MCCOURT ASSOCIATES / WILSON LEARNING | $1,795.00 | Accept | 3 |
| 1000002400 | | | 5 | NATL COLLEGIATE MASTER STUDENT LOAN TR I | $700,792,993.61 | Accept | 13 |
| 1000002200 | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2001-CP1 | $2,837,574.07 | Accept | 29 |
| 1000002300 | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2002-CP1 | $20,906,816.61 | Accept | 30 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2003-1 | $454,323,513.04 | Accept | 10001 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2004-1 | $528,704,971.56 | Accept | 10003 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2004-2 | $771,585,150.64 | Accept | 10005 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2005-1 | $661,116,504.96 | Accept | 10007 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2005-2 | $444,040,397.07 | Accept | 10009 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2005-3 | $1,270,450,035.98 | Accept | 10011 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2006-1 | $754,942,276.55 | Accept | 10013 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2006-2 | $528,523,950.20 | Accept | 10015 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2006-3 | $1,405,203,374.16 | Accept | 10017 |

# The Education Resources Institute, Inc.

### Class 5 (General Unsecured Claims)

| BSI Internal Number | Claim Number | Schedule Number | Class | Name | Voting Amount | Accept / Reject | Ballot Number |
|---|---|---|---|---|---|---|---|
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2006-4 | $747,730,202.64 | Accept | 10019 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2006-A | $281,250,000.00 | Accept | 30001 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2007-1 | $785,915,490.63 | Accept | 10021 |
| | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2007-2 | $764,489,612.11 | Accept | 10023 |
| 1000002500 | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2007-3 | $977,785,887.19 | Accept | 14 |
| 1000002600 | | | 5 | NATL COLLEGIATE STUDENT LOAN TR 2007-4 | $977,313,209.56 | Accept | 15 |
| 86400 | 158 | | 5 | NELLIE MAE EDUCATION FOUNDATION INC, THE | $1.00 | ***Reject*** | 52 |
| 88000 | 25 | 540034390 | 5 | NEXSEN PRUET, PLLC | $4,008.93 | Accept | 1 |
| 89900 | 12 | 540034830 | 5 | OSI EDUCATION SERVICES INC | $28,945.73 | Accept | 39 |
| | | | 5 | PARTS TRUST | $96,044,000.00 | Accept | 30002 |
| 90900 | 74 | | 5 | PENN SECURITY BANK & TRUST | $9,128,479.09 | Accept | 22 |
| 91000 | 44 | 540001170 | 5 | PENNSYLVANIA HIGH EDUCATION ASSISTANCE | $59,437,936.49 | Accept | 21 |
| 1000001000 | | | 5 | PNC BANK | $116,585,740.95 | Accept | 5 |
| 1000001100 | | | 5 | PNC BANK N.A. | $175,898,450.51 | Accept | 4 |
| 1000001200 | | | 5 | RBS CITIZENS, N.A. | $1,282,462,896.07 | ***Reject*** | 27 |
| 102400 | 196 | | 5 | SLM EDUCATION CREDIT FINANCE CORPORATION | $13,320,739.16 | Accept | 25 |
| 1000001300 | | | 5 | SOVEREIGN BANK | $12,139,908.95 | Accept | 43 |
| 1000001400 | | | 5 | SUNTRUST BANK | $1.00 | Accept | 82 |
| | | | 5 | TFSI STUDENT LOAN REVENUE BONDS, 1999B | $570,000.00 | Accept | 30003 |
| 123400 | 152 | | 5 | UICI FUNDING CORP. 2 | $2,477,167.91 | Accept | 18 |
| 1000001600 | | | 5 | US BANK NATL ASSOC, AS INDENTURE TRUSTEE | $1.00 | Accept | 43 |
| 131900 | 35 | | 5 | WACHOVIA BANK, N.A. AND WACHOVIA BANK OF | $1,694,477,771.00 | Accept | 45 |
| 136000 | 175 | 540051070 | 5 | WINDHAM PROFESSIONALS | $437,662.47 | Accept | 17 |

**<u>Exhibit C</u>**

EXHIBIT C

**The Education Resources Institute, Inc.**

Report of Ballots Excluded from Tabulation (CLAIMS ONLY)

| BSI Internal Number | Claim Number | Schedule Number | Class | Name | Voting Amount | Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 102500 | 10 | 540039300 | 6 | SLRA, LLC | $1,500.00 | Accept | 23 | OPTED INTO CONVENIENCE CLASS |
| 105800 | 57 | 540040950 | 6 | SPECTRUM ENTERPRISES | $1,500.00 | Accept | 12 | OPTED INTO CONVENIENCE CLASS |
| 1000000700 | | | 2G | INSURBANC | $16,319.57 | | 6 | SUPERSEDED BY LATER FILED BALLOT |
| 1000000700 | | | 5 | INSURBANC | $238,232.37 | | 6 | SUPERSEDED BY LATER FILED BALLOT |

## The Education Resources Institute, Inc.

Report of Ballots Excluded from Tabulation (SECURITIES ONLY)

| Class | Participant Name | Participant Number | Vote Amount | Accept / Reject | Reason for Exclusion |
|---|---|---|---|---|---|
| 3a | COMERICA BANK | 2108 | $50,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3a | COMERICA BANK | 2108 | $125,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3a | COMERICA BANK | 2108 | $300,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3b | THE ROYAL BANK OF SCOTLAND | 2038 | $11,500,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3b | CITIBANK, N.A. | 908 | $12,759,775.00 | **REJECT** | OVERVOTE (AMOUNT NOT TABULATED $12,759,775) |
| 3b | CITIBANK, N.A. | 908 | $17,263,225.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $17,263,225) |
| 3b | CITIBANK, N.A. | 908 | $36,600,000.00 | ACCEPT | VOTE SUPERSEDED |
| 3c | COMERICA BANK | 2108 | $85,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3c | COMERICA BANK | 2108 | $1,525,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | NORTHERN TRUST COMPANY, THE | 2669 | $41,528.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $41,528) |
| 3d | THE BANK OF NEW YORK MELLON | 901 | $61,524.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $61,524) |
| 3d | COMERICA BANK | 2108 | $110,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $120,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $140,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $155,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $160,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $240,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $300,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $320,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | COMERICA BANK | 2108 | $800,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3d | CITIBANK, N.A. | 908 | $12,000,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $12,000,000) |
| 3d | CITIBANK, N.A. | 908 | $15,000,000.00 | ACCEPT | VOTE SUPERSEDED |
| 3d | CITIBANK, N.A. | 908 | $30,000,000.00 | ACCEPT | VOTE SUPERSEDED |
| 3e | CITIBANK, N.A. | 908 | $9,000,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $9,000,000) |
| 3e | STATE STREET BANK | 997 | N/A | N/A | NO VOTE |
| 3f | CITIBANK, N.A. | 908 | $7,637.00 | ACCEPT | VOTE SUPERSEDED |
| 3f | GOLDMAN, SACHS & CO. | 5 | $2,797,218.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $2,797,218) |
| 3g | CITIBANK, N.A. | 908 | $6,000,000.00 | ACCEPT | VOTE SUPERSEDED |
| 3g | BENEFICIAL HOLDER (CONFIDENTIAL) | N/A | $6,600,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3g | CITIBANK, N.A. | 908 | $20,000,000.00 | ACCEPT | VOTE SUPERSEDED |
| 3g | CITIBANK, N.A. | 908 | $33,550,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $33,550,000) |
| 3g | CITIBANK, N.A. | 908 | $35,000,000.00 | ACCEPT | VOTE SUPERSEDED |
| 3h | BENEFICIAL HOLDER (CONFIDENTIAL) | N/A | $6,600,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3h | CITIBANK, NA | 908 | $104,410,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3i | COMERICA BANK | 2108 | $30,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3i | COMERICA BANK | 2108 | $135,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3i | COMERICA BANK | 2108 | $200,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3i | COMERICA BANK | 2108 | $830,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3i | CITIBANK | 908 | $5,490,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $5,490,000) |
| 3i | BENEFICIAL HOLDER (CONFIDENTIAL) | N/A | $6,600,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3j | CITIBANK | 908 | $44,000,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $44,000,000) |
| 3j | CITIBANK | 908 | $55,000,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $55,000,000) |
| 3k | BENEFICIAL HOLDER (CONFIDENTIAL) | N/A | $6,600,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3k | THE ROYAL BANK OF SCOTLAND | 2038 | $19,400,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3k | THE ROYAL BANK OF SCOTLAND | 2038 | $37,000,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3k | CITIBANK, NA | 908 | $42,000,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3l | BENEFICIAL HOLDER (CONFIDENTIAL) | N/A | $6,600,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 3l | CITIBANK, NA | 908 | $18,000,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 4a | DEUTSCHE BANK SECURITIES, INC. | 573 | $4,000,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $4,000,000) |
| 4h | CITIBANK, N.A. | 908 | $3,314,000.00 | REJECT | OVERVOTE (AMOUNT NOT TABULATED $3,314,000) |

EXHIBIT C

**The Education Resources Institute, Inc.**

Report of Ballots Excluded from Tabulation (SECURITIES ONLY)

| Class | Participant Name | Participant Number | Vote Amount | Accept / Reject | Reason for Exclusion |
|---|---|---|---|---|---|
| 4i | CITIBANK, N.A. | 908 | $27,300,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 4j | COMERICA BANK | 2108 | $206.51 | ACCEPT | NOT A RECORD DATE HOLDER |
| 4j | COMERICA BANK | 2108 | $200.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 4j | THE BANK OF NEW YORK MELLON | 901 | $8,862,000.00 | ACCEPT | LATE, BALLOT SUBMITTED ELECTRONICALLY VIA FAX FOLLOWED UP BY ORIGINAL |
| 4j | THE BANK OF NEW YORK MELLON | 901 | $15,000,000.00 | ACCEPT | LATE, BALLOT SUBMITTED ELECTRONICALLY VIA FAX FOLLOWED UP BY ORIGINAL |
| 4j | CITIBANK, N.A. | 908 | $15,270,000.00 | ACCEPT | OVERVOTE (AMOUNT NOT TABULATED $15,270,000) |
| 5 | THE BANK OF NEW YORK MELLON | 901 | $8,645,000.00 | ACCEPT | LATE, BALLOT SUBMITTED ELECTRONICALLY VIA FAX FOLLOWED UP BY ORIGINAL |
| 5 | THE BANK OF NEW YORK MELLON | 901 | $20,169,000.00 | ACCEPT | LATE, BALLOT SUBMITTED ELECTRONICALLY VIA FAX FOLLOWED UP BY ORIGINAL |