

10/14/2010 GRANTED IN PART AND DENIED IN PART. A HEARING ON THIS MOTION IS SET FOR OCTOBER 18, 2010 AT 10:00 A.M. IN SPRINGFIELD AND WILL BE HEARD PRIOR TO THE HEARING ON CONFIRMATION. THE DEADLINE AND PROCEDURES FOR THE FMC ENTITIES TO FILE AN OBJECTION TO THE PLAN IS GRANTED AS REQUESTED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | **Chapter 11** |
| THE EDUCATION RESOURCES INSTITUTE, INC., ) | **Case No. 08-12540 (HJB)** |
| ) | |
| Debtor. ) | |
| ) | |

**JOINT MOTION FOR EXPEDITED DETERMINATION OF JOINT MOTION TO AUTHORIZE AND APPROVE STIPULATION RESOLVING CLAIMS OF FIRST MARBLEHEAD EDUCATION RESOURCES, INC., THE FIRST MARBLEHEAD CORPORATION, AND FIRST MARBLEHEAD DATA SERVICES, INC.**

To the Honorable Henry J. Boroff, Chief United States Bankruptcy Judge:

1. The Education Resources Institute, Inc., the debtor and debtor in possession in the above-captioned case (the "Debtor" or "TERI") and the Official Committee of Unsecured Creditors (the "Creditors' Committee") hereby submit this joint motion (the "Motion to Expedite") under Federal Rules of Bankruptcy Procedure ("FRBP") 2002(b) and 9006(c) and Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts ("MLBR") 2002-1(a) and 9013-1(g) respectfully requesting that this Court determine on an expedited basis the Motion to Authorize and Approve Stipulation Resolving Claims of First Marblehead Education Resources, Inc., The First Marblehead Corporation, and First Marblehead Data Services, Inc. (the "Motion to Approve Stipulation") and, to the extent that FRBP 2002(b) and MLBR 2002-1(a)(4) may apply, reducing the time requirements under those rules to the times requested herein.

LIBC/3903284.2