UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re | ) )  ) **Chapter 11** |
| THE EDUCATION RESOURCES INSTITUTE, INC., | ) **Case No. 08-12540 (HJB)** )  |
| Debtor. | ) ) |

### ORDER AUTHORIZING DEBTOR, CREDITORS' COMMITTEE, FIRST MARBLEHEAD EDUCATION RESOURCES, INC., THE FIRST MARBLEHEAD CORPORATION AND FIRST MARBLEHEAD DATA SERVICES, INC., TO ENTER INTO STIPULATION RESOLVING CLAIMS OF FIRST MARBLEHEAD EDUCATION RESOURCES, INC., THE FIRST MARBLEHEAD CORPORATION, AND FIRST MARBLEHEAD DATA SERVICES, INC.

Upon the joint motion (the "Motion")[1] of The Education Resources Institute, Inc., the debtor and debtor in possession in the above-captioned case (the "Debtor") and the Official Committee of Unsecured Creditors (the "Creditors' Committee") for an order authorizing the Debtor and Creditors' Committee to enter into and perform the Stipulation Resolving Claims of First Marblehead Education Resources, Inc. ("FMER"), The First Marblehead Corporation ("First Marblehead"), and First Marblehead Data Services, Inc. ("FMDS") (the "Stipulation") with FMER, First Marblehead, and FMDS and a hearing having been held and due cause appearing therefor, the Court finds that for the reasons set forth more specifically in the Motion and at the hearing on the Motion, cause has been shown for granting the requested relief; and it is accordingly

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion or the Stipulation.

FOUND, that notice of the Motion, the Stipulation, and the hearing with respect thereto, and that the opportunity of any party in interest to review and object to, or otherwise be heard with respect to, the Motion, were adequate and appropriate as to all parties affected by the transactions contemplated thereby; and it is further

ORDERED, that the Motion is granted and the Stipulation is approved; and it is further

ORDERED, that in accordance with Federal Rule of Bankruptcy Procedure 9019, the settlement embodied in the Stipulation is fair and equitable and in the best interests of the Debtor, its estate and its creditors; and it is further

ORDERED, that the parties are directed to comply with the terms of the Stipulation; and it is further

ORDERED, that this Court retain jurisdiction to construe and enforce the terms of this Order.

Dated: October 18, 2010

United States Bankruptcy Court Judge

Henry J. Boroff

LIBC/3903553.1