# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** The Education Resources Institute, Inc.  **Case Number:** 08-12540  **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#1171 Motion of Debtor for interpretation of Order dated June 23, 2008

**OUTCOME:**

\_\_\_\_\_ Granted \_\_\_\_\_ Denied \_\_\_\_\_ Approved \_\_\_\_\_ Sustained
\_\_\_\_\_ Denied \_\_\_\_\_ Denied without prejudice \_\_\_\_\_ Withdrawn in open court \_\_\_\_\_ Overruled
\_\_\_\_\_ OSC enforced/released
✔ Continued to: DECEMBER 15, 2010    For: 3:00PM (TELEPHONIC)
\_\_\_\_\_ Formal order/stipulation to be submitted by: _____ Date due: _____
\_\_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_ Taken under advisement: Brief(s) due _____ From _____
         Response(s) due _____ From _____
\_\_\_\_\_ Fees allowed in the amount of: $ _____ Expenses of: $ _____
\_\_\_\_\_ No appearance/response by: _____
\_\_\_\_\_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Henry Jack Boroff

_____                         _____ Dated: 11/29/2010
Courtroom Deputy