## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-12540-HJB |
| THE EDUCATION RESOURCES INSTITUTE, INC., | |
| Debtor | |

### ORDER

For the reasons set forth in this Court's Memorandum of Law of even date, the Court clarifies its Order of June 23, 2008, to the effect that nothing in that Order was intended to extend the Data Use Restrictions and other Surviving Obligations referenced in the TSA (all as defined in the Memorandum of Law) beyond two years following the termination of the Database Agreement.

Dated: December 14, 2010

Henry J. Boroff
United States Bankruptcy Judge