**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

|  |  |  |
|---|---|---|
| In re | ) ) ) | **Chapter 11** |
| THE EDUCATION RESOURCES INSTITUTE, INC., | ) ) | **Case No. 08-12540 (HJB)** |
| Debtor | ) ) ) |  |

**MOTION FOR EMERGENCY DETERMINATION OF MOTION BY GRANT THORNTON LLP TO APPEAR BY TELEPHONE**

Pursuant to rules 9013-1 and 9074-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court District of Massachusetts, Grant Thornton LLP ("Grant Thornton") hereby moves for entry of an Order authorizing James A. Peko of Grant Thornton LLP, financial advisor to The Education Resources Institute, Inc. ("TERI") in the above captioned case, to appear by telephone (the "Motion") at the hearing scheduled for Thursday, January 27, 2011 at 2:00 p.m. (the "Hearing") on the Final Application of Grant Thornton LLP for Compensation and Reimbursement of Expenses for the Period from April 7, 2008 to November 19, 2008 [Docket No. 1197] (the "Fee Application") and request emergency determination of this Motion. In support of this Motion, Grant Thornton LLP respectfully states as follows:

**Background**

1.      On April 7, 2008 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

LIBC/3973180.3

2. The official committee of unsecured creditors in this Chapter 11 Case was initially appointed on April 30, 2008, and the membership thereof was been amended from time to time by the United States Trustee (the "Creditors' Committee"). No trustee or examiner was been appointed in this case.

3. On August 26, 2010, the Plan Proponents filed the Second Joint Motion of The Education Resources Institute, Inc. and the Official Committee of Unsecured Creditors to Modify Fourth Amended Joint Plan of Reorganization Pursuant to 11 U.S.C. §1127 and Plan Section 14.4 and for Relief from the July 12, 2010 Rulings (the "Second Modification Motion") [Docket No. 1134] and the August 2010 Plan [Notice of Filing of August 2010 Plan Docket No. 1139].

4. A Confirmation Hearing on the Plan was held on October 18, 2010 (the "October 2010 Confirmation Hearing").

5. On October 29, 2010, this Court entered the Confirmation Order.

6. On November 19, 2010, the Effective Date of the Plan occurred. On the Effective Date, TERI emerged from the protection of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), the Creditors' Committee ceased to exist and the Plan Trust was funded as described in the August 2010 Plan.

7. On Monday, December 20, 2010, Grant Thornton filed the Final Application of Grant Thornton LLP for Compensation and Reimbursement of Expenses for the Period from April 7, 2008 to November 19, 2008.

8. On January 5, 2011, the Court scheduled a hearing on the Fee Applications for January 27, 2011 at 2:00 p.m. in Boston (the "Hearing").

## Relief Requested

9.  Grant Thornton respectfully requests that this Court authorize Mr. Peko to appear by telephone at the Hearing.

10. Mr. Peko has represented TERI in these proceedings and is familiar with the facts of this case.

11. Mr. Peko is scheduled to be in Chicago, Illinois on January 27, 2011. Appearance by telephone will result in savings in travel time and reduction of expenses associated with traveling by airplane to and from the hearing. See MLBR 9074-1 (indicating that the Court may consider, among other things, the proximity of the person requesting such an appearance and the resulting savings in travel time and reduction of expenses of that person and/or the Court).

12. As of the time of this filing, no creditor or interested party has filed an objection to the Fee Application submitted by Grant Thornton to be heard at the Hearing.

13. Grant Thornton respectfully submits that no party in interest will be prejudiced by the relief requested herein.

Respectfully submitted,

GOODWIN PROCTER LLP

/s/ Gina Lynn Martin_____
Daniel M. Glosband, Esq. (BBO# 195620)
Gina Lynn Martin, Esq. (BBO# 643801)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Dated: January 25, 2011
Boston, Massachusetts

3

LIBC/3973180.3