**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

---

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| THE EDUCATION RESOURCES | ) | Case No. 08-12540 (HJB) |
| INSTITUTE, INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

---

**CERTIFICATE OF SERVICE**

I, Mackenzie L. Shea, hereby certify that on November 18, 2015, I caused a copy of the

attached document to be served on the parties as indicated on the attached service list.


November 18, 2015



/s/ *Mackenzie L. Shea*
Mackenzie L. Shea

In re The Education Resources Institute, Inc.
Case No. 08-12540
SERVICE LIST


Daniel Glosband – **via ECF**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109-2881

Office of The US Trustee – **via ECF**
John Fitzgerald
5 Post Office Square, Ste 100
Boston, MA 02109-3934


Eric K. Bradford, Esq. – **via ECF**
Office of The US Trustee
5 Post Office Square, Ste 100
Boston, MA 02109-3934

Peter Sabin Willett – **via ECF**
Re: JPMorgan Chase Bank, NA
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110


Lee Harrington – **via ECF**
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110-2131

Steven T. Greene – **via ECF**
Reimer & Braunstein
Three Center Plaza
Boston, MA 02108-0617


Paul S. Samson, Esquire **via ECF**
(Counsel For RBS Citizens, National Assoc)
Riemer & Braunstein LLLP
Three Center Plaza
Boston, MA 02108

James F. Wallack – **via ECF**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333


**Molly Donohue** – **via ECF**
IRS Office of Chief Counsel
O'Neill Federal Building
10 Causeway Street
Room 401
Boston, MA 02222

David J. Nowaczewski, **- via ECF**
**(Attorney for Comerica Bank**)
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226

Samuel C. Batsell **via ECF**
Pension Benefit Guaranty Corporation
(U.S. Government Agency)
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005

Christopher J. Panos **via ECF**
Craig and Macauley P.C.
600 Atlantic Avenue
Boston, MA 02210

Richard L. Levine **via ECF**
**(Attorney for The Huntington National Bank)**
Devine Millimet & Branch
2 Oliver Street
Boston, MA 02109

William H. Harris **via ECF**
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Jacqueline Marcus, Esq. **via ECF**
**(Atty-Healthmarkets LLC, CFLD-1, Inc., UICI
Funding Corp)**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Charles R. Dougherty, Esq. **via ECF**
**(Attorney for U.S. Bank, N.A.)**
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199

Alan R. Lepene, Esq. **via ECF**
**(Attorney for KeyBank)**
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

Curtis L. Tuggle, Esq. **via ECF**
**Attorney for KeyBank**
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

Elizabeth McGovern, Esq. **via ECF**
PNC Bank, NA
c/o Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Dennis Jenkins, Esq. **via ECF**
**(Attorney for The First Marblehead Corporat**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

David J. Reier, Esq. **via ECF**
**Counsel to Official Committee of Unsecured
Creditors**
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

R. Frederick Linfesty **via ECF**
Iron Mountain Information Management, In
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

Jeffrey D. Sternklar, Esq. **via ECF**
**Counsel to Bank Of America**
Jeffrey D. Sternklar LLC
26th Floor
225 Franklin Street
Boston, MA 02110

Kara Zaleskas, Esq. **via ECF**
**Counsel to Bank Of America**
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Jason L. Swartley, Esq. **– via ECF**
American Education Services
1200 North Seventh Street
Harrisburg, PA  17102

Kathleen Rahbany, Esq. **via ECF**
Craig and Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Jennifer Zimmerman, Esq. **via ECF**
Pennsylvania Higher Education Assistance
1200 North Seventh St.
Harrisburg, PA 17102

Peter M. Acton, Jr. **– via ECF**
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109

Richard L. Blumenthal. **– via ECF**
Law Offices of Richard L. Blumenthal
51 Winchester Street
Suite 205
Newton, MA 02461

Walter Oney  **– via ECF**
Walter Oney, Attorney at Law
267 Pearl Hill Road
Fitchburg, MA 01420

Douglas R. Gooding **– via ECF**
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

William Brown**– via ECF**
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203

G. Christopher Meyer **– via ECF**
Squire, Sanders & Dempsey LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

D. Ross Martin, Esq. **– via ECF**
Ropes & Gray LLP
Counsel For: The Nellie Mae Education Foundat
One International Place
Boston, MA 02110-2624

Laura Otenti – **via ECF**
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston St
Boston, MA 02199

Nicholas J. Nesgos **– via ECF**
Posternak, Blankstein & Lund, L.L.P.
Prudential Tower
800 Boylston St.
Boston, MA 02199

Peter Roberts – **via ECF**
Shaw Gussis et al.
321 North Clark Street
Suite 800
Chicago, IL 60610

Vanessa Peck – **via ECF**
Goulston and Storrs
400 Atlantic Avenue
Boston, MA 02110-3333

Lesley Varghese – **via ECF**
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110

Abraham N. Seidman, PhD – **via ECF**
Law Offices of Abraham N. Seidman
69100 McCallum Way
#K206
Cathedral City, CA 92234

James Addison Wright, Esq. **– via ECF**
Ropes & Gray LLP
Counsel For: The Nellie Mae Education Foundation
One International Place
Boston, MA 02110-2624

Richard C. Pedone, Esquire- **via ECF**
Travis J. Norton, Esq.
on behalf of U.S. Bank National Association
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

Joseph P. Crimmins, Esq. **– via ECF**
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199

Benjamin W. Loveland, Esq. **via ECF**
Wilmerhale
60 State Street
Boston, MA  02109

Christian J. Urbano – **via ECF**
[maddenurbano@verizon.net](mailto:maddenurbano@verizon.net)

Matthew Gold– **via ECF**
Argo Partners
12 West 37th Street
9th Floor
Boston, MA  10018

Sharon L. Levine, Esq. – **via ECF**
Counsel for Education Funding Resources LLC
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

Bank of America
One Federal Street, 5th Floor
Boston, MA 02110
Attn:  Thomas J. Flanagan

KeyBank National Association
4910 Tiedeman Road, 6th Fl.
Brooklyn, OH 44144
Attn: Krista Neal

M&T Bank
One M & T Plaza
Buffalo, NY 14203
Attn:  Lisa Bertino Beaser

Thomas M Cambern
Wachovia Capital Markets, LLC
301 South College Street, NC0537
Charlotte, NC 28288

Nellie Mae
1250 Hancock Street
Suite 205N
Quincy, MA 02169-4331
Attn:  Michael A. Carey, CPA

U.S. Bank - Student Banking
EP-MN-BOR
2751 Shepard Road
St. Paul, MN 55116
Attn:  Beth A. Dinndorf

Nicholas J. Nesgos
Posternak, Blankstein & Lund, L.L.P.
Prudential Tower
800 Boylston St.
Boston, MA 02199

Steven J. Heim, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, 55402

Robert J. Diehl
Bodman LLP
1901 St., Antoine St.
6th Floor at Ford Field
Detroit, MI 48226

John L. Whitlock, Esq.
Edwards Angell Palmer & Dodge
111 Huntington Ave.
Boston, MA 02199

Kate K. Simon, Esq.
**on behalf of JPMorgan Chase Bank, N.A.**
Bingham McCutchen LLP
One State St.
Hartford, CT 06103

Kathleen M. O'Connell, Esq.
Suntrust Bank
303 Peach Street, NE Suite 900
Atlanta, GA 30308

Paul Kizel, Esq.
on behalf of Education Funding Resources, LLC
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Ira Bodenstein
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610

John T. Carroll, III, Esq.
Cozen O'Connor
(M&T Bank)
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

Lynn A. Russo
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

Mark Warren
M&T Bank
One M & T Plaza
Buffalo, NY 14203

Ralph E. McDowell
Bodman LLP
1901 St. Antoine St.
6th Floor at Ford Field
Detroit, MI 48226

Thomas O. Bean, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109

William P. Smith, Esq.
on behalf of AMBAC Assurance Corporation
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, IL 60606-5096

Claudia Z. Springer, Esq.
PNC Bank, NA
c/o Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Thomas J. Lallier, Esq.
Foley & Mansfield, PLLP
Counsel For: TCF National Bank
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401

Kenneth W, Kleppinger, Esq.
Becket & Lee LLP
16 General Warren Blvd.
P.O. Box 3001
Malvern, PA 19355-0701

Michael A. Carey, CPA
Nellie Mae
1250 Hancock Street, Suite 205 N
Quincy, MA 02169-4331

James W. Kapp, Esq.
on behalf of AMBAC Assurance Corporation
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Fredric Sosnick
Shearman & Sterling, LLP
599 Lexington Avenue
Counsel For: Citibank, N.A
New York, NY 10022

Jeffrey R. Waxman, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, De 19801-1494

Thomas J. Flanagan
Bank Of America
One Federal Street, 5th Floor
Boston, MA 02110

Paul J. Morochnik
Weissmann & Zucker, P.C.
1 Securities Centre
3490 Piedmont Rd., Ste 650
Atlanta, GA 30305

John D. Sigel, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

Jeffrey G. Tougas, Esq.
(Attorney for Ciesco, LLC)
Mayer Brown LLP
1675 Broadway
New York, NY  10019

State of California
State Franchise Board of California
Special Procedures Section
P.O. Box 2952
Sacramento, CA  95812-2952

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Office of the Attorney General
One Ashburton Place
Boston, MA  02108

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Third Floor
New York, NY 10017

Zions First National Bank
Legal Services, UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT  84130

George B. South
King & Spaulding LLP
1185 Avenue of the Americas
New York, NY  10036

The Education Resources Institute, Inc.
31 St. James Avenue
Suite 950
Boston, MA  02116

The Education Resources Institute, Inc.
Attn:  William G. Davidson
30 Cambridgepark Drive, #8102
Cambridge, MA  02140

Rasky Baerlein Strategic Communications, Inc.
70 Franklin Street
3rd Floor
Boston, MA  02110

Zwicker & Associates Litigation Costs
800 Federal Street
Attn:  Meredith Groce
Andover, MA 01810-1030

Michael E.A.S. Young
4324 Palmdale Drive
Plano, TX 75024

Institute for Higher Education Policy
1320 19th Street NW
Suite 400
Washington DC  20036

Mark J. Schultz
Gallas & Schultz
9140 Ward Parkway, Suite 200
Kansas City, MO  64114

Jimmy Nguyen
289 East 9th St., Apt. 226
S. Boston, MA  02127

Janice A. Alwin
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610

Grant Thornton LLP
226 Causeway Street
Boston, MA  02114

Deloitte Financial Advisory Services LLP
Attn: Ed Lynch, F AS Quality & Risk Managem
Leader
Chase Tower, 2200 Ross Ave.
Suite 1600
Dallas, TX 75201

Joseph S. Fabiani, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834

Jeffrey R. Waxman, Esq.
Cozen O'Connor
(M&T Bank)
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

Krista Neal
Keybank National Association
4910 Tiedeman Road, 6th Floor
Brooklyn, OH  44144

Janet Epp-Rosenthal, Esq.
c/o CIT Group, Inc.
1 CIT Drive
Livingston, NJ  07039

Beth A. Dinndorf
U.S. BANK – Student Banking EP-MN-BOR
2751 Shepard Road
ST. Paul, MN 55116

Barry N. Seidel, Esq.
Atty. For MBIA Insurance Corp.
Butzel Long
380 Madison Avenue
New York, NY 10017

Anna M. Boelitz , Esq.
on behalf of JPMorgan Chase Bank, N.A.
Bingham McCutchen LLP
One State St.
Hartford, CT 06103

Theodore W. Connolly
(**Attorney for Sovereign Bank**)
Theodore W. Connolly
Looney & Grossman
101 Arch Street
Floor 9
Boston, MA 02110

Cole Schotz
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, NJ  07602-0800

CRG Partners Group
2 Atlantic Ave
Boston, MA  02110

Duane Morris LLP
Attn: Payment Processing
30 South 17th Street
Philadelphia, PA  19103

Deloitte Financial Advisory Services LLP
PO BOX 844742
Dallas, TX  75284-4742

FTI Consulting
3 Times Square, 11th Floor
New York, NY  10036

Epiq Systems
Dept 0255
PO BOX 120255
Dallas, TX  75312-0255

Gray & Company, LLC
114 Naples Rd
Brookline, MA  02446

Goodwin Proctor
Exchange Place
53 State Street
Boston, MA  02109

K&L Gates LLP
K&L Gates Center - RCAC
210 Sixth Ave
Pittsburgh, PA  15222

Hudson Cook LLP
7250 Parkway Drive, 5th Floor
Hanover, MD  21076-1343

Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199

Pierce Atwood LLP
100 Summer Street
Suite 2250
Boston, MA  02110

Shenandoah Legal Group PC
Jeffrey Fleischhauer
310 Jefferson Street, SE
Roanoke, VA  24011

Verdolino & Lowey
124 Washington Street
Foxborough, MA  02035

Ohio Bureau of Workers' Compensation
Legal Division Bankruptcy Unit
PO BOX 15567
Columbus, OH  43215-0567

Ohio Bureau of Workers' Compensation
Legal Division Bankruptcy Unit
PO BOX 15567
Columbus, OH  43215-0567

Albertsons, LLC
PO BOX 6890
Boise, ID  83707

Academic Management Services Corp
ATTN Peter Greco, VP & Associate General
Navient Solutions Inc
11100 USA Parkway - E3147
Fishers, IN  46037

Associated Credit Services, Inc.
Jay Z. Aframe, ESQ.
Phillips Silver Talman AFrame & Sinrich
146 Main Street, 5th Floor
Worcester, MA  01608

Argo Partners
12 West 37th Street, 9th Floor
New York, NY  10018

Bruce Vandal
ECS
700 Broadway Street, Ste 810
Denver, CO  80203

Barron Associates Worldwide Inc.
57 Edgefield Road
Newton, MA  02468

Casey & Hayes Inc.
PO BOX E-62
Boston, MA  02127

Buchanan Ingersoll & Rooney PC
James B Freytag
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

CHELA Financial USA Inc. n/k/a Nelnet
c/o William J Munn
3015 South Parker Road
Suite 400
Aurora, CO  80014

CFO Solutions LLC
6 University Drive, Suite 206-209
Amherst, MA  01002

Comerica Bank
Attn: Marianne Casey
3701 Hamlin Road
Mail Code: 7301
Auburn Hills, MI  48326

Collecto Inc.
Attn: Paul Leary JR
700 Longwater Drive
Norwell, MA  02061

Credit Control Services
Two Wells Avenue
Newton, MA  02459

Corporate Express Office Products Inc.
Staples Contract & Commercial
Attn: Legal Dep.t
One Environmental Way
Broomfield, CO  80021

Deutsche Bank, Trustee
Attn: Steven Helm
c/o Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

DBRS, Inc.
140 Broadway, 35th Floor
New York, NY  10005

Douglas Klein(Kurt Strode)
Law Office of Douglas E Klein
3219 Overland Drive, Suite 8189
Los Angeles, CA  90034

Diversified Collection Services Inc.
333 North Canyons Parkway, Suite 100
Livermore, CA  94551

Encouragement Services Inc.
PO BOX 491
Ellettsville, IN  47429-0491

Eastern Bus Co Inc.
PO BOX 514
Somerville, MA  02143

Fedex Customer Information Services
3965 Airways Blvd, Module G, 3rd Fl
Memphis, TN  38116

Estate Information Services LLC
Andrew C Hall, Compliance Officer
PO BOX 1370
Reynoldsberg, OH  43068-6370

First Marblehead Education Resources Inc.
Mike Beatty
800 Boylston Street, 34th Floor
Boston, MA  02199

First Marblehead Corporation
Mike Beatty
800 Boylston Street, 34th Floor
Boston, MA  02199

GMAC Bank n/k/a Ally Bank
C/O James Wallack, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110

Fox Rothschild LLP
Michael G Menkowitz, Esq.
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222

Hollister Associates, Inc.
PO BOX 4141
Woburn, MA  01888-4141

HealthMarkets, Inc. (a/k/a CFLD) (f/k/a UICI)
Attn: Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Huntington National Bank
c/o Richard L Levine, Esq.
Nelson Kinder Mosseuu & Saturley PC
2 Oliver Street
Boston, MA  02109

HSBC Bank
C/O William J Brown, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY  14203

Keystone(PHEAA)
Jason L Swartley, Esq.
AES/PHEAA
1200 North Seventh Street
Harrisburg, PA
17102

KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 1999-B
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 1999-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2000-B
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2000-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2002-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2001-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2004-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2003-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2006-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

KSLT 2005-A
KeyBank NA
Attn: Krista Neal
4910 Tiedman Road, 6th Floor
Brooklyn, OH  44144

Lea Robinson
509 W 155th St Apt 5D
New York, NY  10032-7808

Lake Contracting Inc.
5 Middlesex Ave
Somerville, MA  02145

Maine Education Loan Authority (MELA)
Attn: Shirley Erickson
131 Presumpscott St.
Portland, ME  04103

Lydecker Diaz
Alan S Feldman
1221 Brickell Ave, 19th Floor
Miami, FL  33131

Mary Harriman
PO BOX 1836
Brockton, MA  02303

Manufacturers and Traders Trust Company
c/o Jeffrey R Waxman, Esq.
Cozen O'Connor
1201 N Market Street, Suite 1400
Wilmington, DE  19801

McCourt Associates/WIlson Learning
McCourt Associates, LLC
260 Riverside Avenue, Suite 301
Westport, CT  06880

MB Financial Bank NA
Attn: Thomas Prothero
6111 North River Road
Rosemont, IL  60018

National City Bank (n/k/a PNC Bank)
PNC Bank
Attn: Tom Lustig
2600 Liberty Avenue, Suite 200
Pittsburgh, PA  15222

Members 1st Federal Credit Union
Natalie J Keyser
5000 Louise Drive
Mechanicsburg, PA  17055

National Collegiate Master Trust
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National City Bank (n/k/a PNC Bank)
PNC Bank
Attn: Tom Lustig
2600 Liberty Avenue, Suite 200
Pittsburgh, PA  15222

National Collegiate Trust 2003-1
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2002-CP1
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2004-2
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2004-1
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2005-2
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2005-1
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2006-1
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2005-3
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2006-3
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2006-2
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2006-A
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2006-4
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2007-2
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

National Collegiate Trust 2007-1
US Bank
c/o FMDS
800 Boylston Street, 34th Floor
Boston, MA  02199

Nellie Mae Education Foundation
Attn: Mike Carey
1250 Hancock Street
Quincy, MA  02169

Navient(fka ECFC)
Navient Credit Finance Corporation
ATTN Peter Greco, VP & Associate General
11100 USA Parkway - E3147
Fishers, IN  46037

OSI Education Services Inc.
Pete Afflerbach
507 Prudential Road
Horsham, PA  19044

Nexsen Pruet, PLLC
Benjamin Kahn
701 Green Valley Rd, Suite 100
Greensboro, NC  27408

Penn Security Bank and Trust
c/o Myles R Wren, Esquire
Nogi, Appleton, Weinberger & Wren PC
415 Wyoming Ave
Scranton, PA  18503

Peabody Office Furniture Corp
Corporate Headquarters
234 Congress Street
Boston, MA  02110-2488

PNC Bank
Attn: Tom Lustig
2600 Liberty Avenue, Suite 200
Pittsburgh, PA  15222

Perkins & Will Inc.
1315 Peachtree Street NE
Atlanta, GA  30309

Richland State Bank(UICI2)
Attn: Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

RBS Citizens
c/o Paul S Samson Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108

Star Bank a.k.a. Brazos
Tammy Harralson
Brazos Higher Service Corporation
P.O. BOX 1308
Waco, TX  73703-1308

Rick Trow Productions Inc.
PO BOX 291
New Hope, PA  18938

TFSI
c/o Jane Dixon
30 Cambridgepark Dr. #8102
Cambridge, MA  02140

Student Loan Funding Corp (KnowledgeWorks)
c/o Frost Brown Todd LLC
Attn: Michael J O'Grady, Esq
201 E Fifth Street, Suite 2200
Cincinnati, OH  45202

The Journeyman Press Inc.
11 Malcolm Hoyt Drive
Newburyport, MA  01850

The CBE Group Inc.
Attn: Bob Kahler
1309 Technology Parkway
Cedar Falls, IA  50613

Univ of Mass - Hadley
University of Massachusetts
Treasurers Office
100 Venture Way, Suite 9
Hadley, MA  01035

Univ of Mass - Boston
University of Massachusetts Boston
Darryl Mayers
100 Morrissey Blvd
Boston, MA  02125

Williams Printing
1225 Furnace Brook Parkway
Quincy, MA  02169

Van Ru Credit Corporation
1350 E Tuohy Ave, Suite 300E
Des Plaines, IL  60018

Windham Professionals
c/o Gary Cruikshank, Esq
21 Custom House Street, Suite 920
Boston, MA  02110

Willis J Hulings
3811 Whitland Avenue
Nashville, TN  37205

Zwicker & Associates, PC
William H Harris, Esq
80 Minuteman Drive
Andover, MA  01810

Zions First National Bank
Legal Services, UT ZB11 0877
PO BOX 30709
Salt Lake City, UT  84130

Mary Harriman
PO BOX 1836
Brockton, MA  02303

Huntington National Bank
c/o Richard L Levine, Esq.
Nelson Kinder Mosseuu & Saturley PC
2 Oliver Street
Boston, MA  02109

HSBC Bank
C/O William J Brown, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY  73703-1308

HSBC Bank
C/O William J Brown, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY  73703-1308

Bruce Vandal
ECS
700 Broadway Street, Ste 810
Denver, CO  80203

Huntington National Bank
c/o Richard L Levine, Esq.
Nelson Kinder Mosseuu & Saturley PC
2 Oliver Street
Boston, MA  02109

TFSI
c/o Jane Dixon
30 Cambridgepark Dr. #8102
Cambridge, MA  02140

CITIBANK
750 WASHINGTON BLVD.
9TH FLOOR
STAMFORD, CT  06901

Rick Trow Productions Inc.
PO BOX 291
New Hope, PA  18938

Huntington National Bank
c/o Richard L Levine, Esq.
Nelson Kinder Mosseuu & Saturley PC
2 Oliver Street
Boston, MA  02109

Encouragement Services Inc.
PO BOX 491
Ellettsville, IN  47429-0491

Douglas Klein(Kurt Strode)
Law Office of Douglas E Klein
3219 Overland Drive, Suite 8189
Los Angeles, CA  90034

Student Loan Funding Corp (KnowledgeWorks)
c/o Frost Brown Todd LLC
Attn: Michael J O'Grady, Esq
201 E Fifth Street, Suite 2200
Cincinnati, OH  45202

CALIFORNIA BANK & TRUST
11622 EL CAMINO REAL
#200
SAN DIEGO, CA  92130

ASHLEY ALLARD
ASHLEY ALLARD
320 WASHINGTON ST.
BOX# 900
EASTON, MA  02357

RHODE ISLAND STUDENT LOAN AUTHOR
560 JEFFERSON BLVD.
WARWICK, RI  02886

COMPANSOL
PO BOX 821143
HOUSTON, TX  77282-1143

BARBARA DIGIROLAMO
55 LEYDEN STREET
EAST BOSTON, MA  02128

DANIELLE NEVILLE
43 QUINCY ST # C
DORCHESTER, MA  021211333

CYNTHIA PETERKA
6J BROOK FARM CT.
PERRY HALL, MD  21128

HARVARD UNIVERSITY
ADAMS DINING HALL
11 BOW STREET
CAMBRIDGE, MA  02138

FIRST STUDENT INC.
142 OAK HILL WAY
BROCKTON, MA  02301

KELLEY'S PUB
84 BENNINGTON STREET
EAST BOSTON, MA  02128

HENRY PAIGE
27 VERMONT AVE
BROCKTON, MA  023022167

MEGHAN BEHNKE
733 6TH ST SE APT 8
WASHINGTON DC  20003-2761

KYLA DUNN
10 ARLBOROUGH ROAD
ROSLINDALE, MA  02131

TIMOTHY GANNON
157 STEVENSON STREET
NEW BEDFORD, MA  02745

RESERVE ACCOUNT
PO BOX 952856
PITNEY BOWES,SERIAL #3504297
ST.LOUIS, MO  63195-2856

CHRISTIAN ANDERSON
104 WHITE COURSE APT.H
UNIVERSITY PARK, PA  16802

VINCENT FRANZESE
320 WASHINGTON STREET
EASTON, MA  02357

SARA STOUTLAND
104 WESTBOURNE TERRACE
BROOKLINE, MA  02446

VERNDALE
320 CONGRESS STREET
BOSTON, MA  02210

BANK OF IRELAND (F.A.O AUDREY KEOGH)
FOREIGN EXCHANGE DEPARTMENT
2 COLLEGE GREEN
DUBLIN 2

DOUGLAS GOULD & CO., INC.
145 HUGUENOT STREET
SUITE 312
#410
NEW ROCHELLE, NY  10801-5220

TOWERS PERRIN
ATTN: JOEL KRANZEL
1500 MARKET STREET, CENTRE SQUARE
EAST PHILADELPHIA, PA  19102-4790

GENERAL ELECTRIC CAPITAL CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA  52404

PERFORMANT FINANCIAL CORP
333 NORTH CANYONS PARKWAY
SUITE 100
LIVERMORE, CA 94551

ADECCO USA, INC
ATTN RICHARD COLEFIELD
175 BROAD HOLLOW ROAD
MELVILLE, NY  11747

CAMBRIDGE TRANSPORTATION
36392 TREASURY CENTER
CHICAGO, IL  60694-6300

DELOITTE CONSULTING LLP
200 BERKELEY STREET
BOSTON, MA  02116