**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE EDUCATION RESOURCES INSTITUTE, INC., | ) ) ) | Case No. 08-12540 (HJB) |
| Debtor. | ) ) ) | |

**FINAL DECREE
AND ORDER EXTEND TERM OF PLAN
TRUST AND GRANTING RELATED RELIEF**

Upon consideration of the *Motion for Entry of Final Decree and Order Extending Term of Plan Trust* (the "Motion") filed by Stephen S. Gray, the Plan Trustee ("Plan Trustee") appointed pursuant to the *Modified Fourth Amended Joint Plan of Reorganization of the Education Resources Institute, Inc. and the Official Committee of Unsecured Creditors as of August 26, 2010* (the "Plan"),[1] all due notice of the Motion having been provided, and good cause appearing therefore, the Court finds that:

A.  The Court has jurisdiction over this case and the parties and property affected by this order pursuant to 28 U.S.C. § 1334. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

B.  The Plan has been substantially consummated as that term is defined by section 1101(2) of the Bankruptcy Code, and grounds exist for the entry of a final decree pursuant to Federal Rule of Bankruptcy Procedure 3022.

---

[1] Capitalized terms not defined herein, shall have the meanings ascribed to them in the Motion or Plan, as applicable.

C. It is both necessary in order to carry out the purpose of the Plan Trust, and in the best interests of all parties, to extend the term of the Plan Trust three (3) years to November 19, 2015.

**NOW THEREFORE,** taking into consideration the foregoing findings and all of the evidence before the Court, it is hereby ordered and decreed that:

1. The Motion is GRANTED.

2. The Debtor's Chapter 11 Case is hereby closed.

3. The Plan Trustee is authorized to make interim and final distributions to the holders of Allowed General Unsecured Claims identified on **Exhibit 1** attached hereto, in accordance with the terms of the Plan and Plan Trust Agreement.

4. The Plan Trustee is authorized to make any final payments to professionals as authorized by the Plan and Plan Trust Agreement.

5. The failure of a creditor to cash or otherwise negotiate its distribution check(s) within one hundred and eighty (180) days of issuance, for any reason, will cause such check to become null and void.  Any Claim in respect of such voided check must be made to the Plan Trustee on or before one hundred and eighty (180) days after the date of issuance of the check. After such time, all claims in respect of a voided check will be discharged and forever barred, and any remaining cash, including interest earned thereon, if any, shall thereafter be distributed to holders of Allowed General Unsecured Claims (or to charity if such a distribution, after expenses of the distribution, would produce an aggregate minimum dividend of less than $5,000) in accordance with the Plan, the Plan Trust Agreement, and this Order.

6. The Unclaimed Distributions set forth on **Exhibit 2** attached hereto are hereby deemed unclaimed property under section 347(b) of the Bankruptcy Code and unencumbered Cash of the Plan Trust pursuant to the Plan.  Such amounts may be redistributed to holders of Allowed General Unsecured Claims on **Exhibit 1**.

7. The Plan Trustee is hereby authorized to expunge each of the Claims set forth on **Exhibits 3** and **4** attached hereto, and to distribute the funds that otherwise would have been distributed to the holders of such Claims to the remaining holders of Allowed General Unsecured Claims set forth on **Exhibit 1** attached hereto.

8. During the course of his continued administration of the Plan Trust, the Plan Trustee is authorized to transfer to the purchaser of any TERI-Owned Loans, all books and records of the Debtor related to such purchased TERI-Owned Loans in a reasonably and appropriated secured fashion.  Upon completion of his administration of the Plan Trust, the Plan Trustee is authorized to destroy all remaining books and records of the Debtor and to abandon all other remaining assets of the Debtor that may be in his possession.

9. Upon completion of his administration of the Plan Trust, the Plan Trustee may release the bond posted to secure his obligations and performances under the Plan Trust without further order of this Court.

10. Upon completion of his administration of the Plan Trust, the Plan Trustee shall be discharged of his duties thereunder without further order of this Court.

11. This Court hereby retains jurisdiction to enforce the provisions of the Plan, the Confirmation Order, and this Final Decree.

_____
Honorable Joan N. Feeney
United States Bankruptcy Judge

Dated: _____, 2015

**EXHIBIT 1**

**TERI Plan Trust**
**Exhibit 1 - General Unsecured Creditor Claims**
November 19, 2010 through October 31, 2015

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| Academic Management Services Corp | ATTN Peter Greco, VP & Associate General | Navient Solutions Inc | 11100 USA Parkway - E3147 | Fishers | IN | 46037 | $348,074.00 | $74,835.91 |
| Albertsons, LLC | PO BOX 6890 | | | Boise | ID | 83707 | $308.55 | $60.18 |
| Argo Partners | 12 West 37th Street, 9th Floor | | | New York | NY | 10018 | $20,421.10 | $4,390.53 |
| Associated Credit Services, Inc. | Jay Z. Aframe, ESQ. | Phillips Silver Talman AFrame & Sinrich | 146 Main Street, 5th Floor | Worcester | MA | 01608 | $140,400.00 | $30,186.00 |
| Barron Associates Worldwide Inc. | 57 Edgefield Road | | | Newton | MA | 02468 | $16,516.00 | $3,550.94 |
| Bruce Vandal | ECS | 700 Broadway Street, Ste 810 | | Denver | CO | 80203 | $815.56 | $175.36 |
| Buchanan Ingersoll & Rooney PC | James B Freytag | One Oxford Centre | 301 Grant Street, 20th Floor | Pittsburgh | PA | 15219-1410 | $1,659.11 | $356.70 |
| Casey & Hayes Inc | PO BOX E-62 | | | Boston | MA | 02127 | $2,226.90 | $478.79 |
| CFO Solutions LLC | 6 University Drive, Suite 206-209 | | | Amherst | MA | 01002 | $45,107.00 | $9,698.01 |
| CHELA Financial USA Inc n/k/a Nelnet | c/o William J Munn | 3015 South Parker Road | Suite 400 | Aurora | CO | 80014 | $63,612.00 | $13,676.58 |
| Collecto Inc | Attn: Paul Leary JR | 700 Longwater Drive | | Norwell | MA | 02061 | $79,675.00 | $17,130.13 |
| Comerica Bank | Attn: Marianne Casey | 3701 Hamlin Road | Mail Code: 7301 | Auburn Hills | MI | 48326 | $430,720.00 | $92,604.80 |
| Corporate Express Office Products Inc | Staples Contract & Commercial | Attn: Legal Dept | One Environmental Way | Broomfield | CO | 80021 | $2,658.05 | $571.48 |
| Credit Control Services | Two Wells Avenue | | | Newton | MA | 02459 | $20,694.29 | $4,449.25 |
| DBRS, Inc. | 140 Broadway, 35th Floor | | | New York | NY | 10005 | $50,000.00 | $10,750.00 |
| Deutsche Bank, Trustee | Attn: Steven Helm | c/o Dorsey & Whitney | 50 South Sixth Street, Suite 1500 | Minneapolis | MN | 55402 | $420,994.00 | $90,513.71 |
| Diversified Collection Services Inc | 333 North Canyons Parkway, Suite 100 | | | Livermore | CA | 94551 | $88,350.52 | $18,995.39 |
| Douglas Klein(Kurt Strode) | Law Office of Douglas E Klein | 3219 Overland Drive, Suite 8189 | | Los Angeles | CA | 90034 | $19,713.57 | $4,238.43 |
| Eastern Bus Co Inc | PO BOX 514 | | | Somerville | MA | 02143 | $3,355.00 | $721.33 |
| Encouragement Services Inc | PO BOX 491 | | | Ellettsville | IN | 47429-0491 | $26,222.40 | $5,637.80 |
| Estate Information Services LLC | Andrew C Hall, Compliance Officer | PO BOX 1370 | | Reynoldsburg | OH | 43068-6370 | $46,507.59 | $9,999.14 |
| Fedex Customer Information Services | 3965 Airways Blvd, Module G, 3rd Fl | | | Memphis | TN | 38116 | $1,823.16 | $391.98 |
| First Marblehead Corporation | Mike Beatty | 800 Boylston Street, 34th Floor | | Boston | MA | 02199 | $921,084.00 | $198,033.06 |
| First Marblehead Education Resources Inc | Mike Beatty | 800 Boylston Street, 34th Floor | | Boston | MA | 02199 | $27,177,645.00 | $5,843,193.68 |
| Fox Rothschild LLP | Michael G Menkowitz, Esq. | 2000 Market Street, 20th Floor | | Philadelphia | PA | 19103-3222 | $2,427.40 | $521.87 |
| GMAC Bank n/k/a Ally Bank | C/O James Wallack, Esq. | Goulston & Storrs, P.C. | 400 Atlantic Avenue | Boston | MA | 02110 | $941,904.00 | $202,509.36 |
| HealthMarkets, Inc. (a/k/a CFLD) (f/k/a UICI) | Attn: Jacqueline Marcus | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153 | $2,526,339.00 | $543,162.88 |
| Hollister Associates, Inc. | PO BOX 4141 | | | Woburn | MA | 01888-4141 | $1,598.63 | $343.73 |
| HSBC Bank | C/O William J Brown, Esq. | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 14203 | $1,824.00 | $392.16 |
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | $2,126.00 | $457.09 |
| KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | | Brooklyn | OH | 44144 | $159,860.00 | $34,369.90 |
| KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | | Brooklyn | OH | 44144 | $4,183,461.00 | $899,444.12 |
| Keystone(PHEAA) | Jason L Swartley, Esq. | AES/PHEAA | 1200 North Seventh Street | Harrisburg | PA | 17102 | $1,148,081.00 | $246,837.42 |
| KSLT 1999-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,182,942.00 | $254,332.53 |
| KSLT 1999-B | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,227,168.00 | $263,841.12 |
| KSLT 2000-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $482,156.00 | $103,663.54 |
| KSLT 2000-B | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,477,086.00 | $317,573.49 |
| KSLT 2001-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,168,802.00 | $251,292.43 |
| KSLT 2002-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,352,056.00 | $290,692.04 |

**TERI Plan Trust**
**Exhibit 1 - General Unsecured Creditor Claims**
November 19, 2010 through October 31, 2015

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| KSLT 2003-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $623,586.00 | $134,070.99 |
| KSLT 2004-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $803,372.00 | $172,724.98 |
| KSLT 2005-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $377,533.00 | $81,169.60 |
| KSLT 2006-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $362,215.00 | $77,876.23 |
| Lake Contracting Inc. | 5 Middlesex Ave | | | Somerville | MA | 02145 | $52,565.54 | $11,301.61 |
| Lea Robinson | 509 W 155th St Apt 5D | | | New York | NY | 10032-7808 | $261.45 | $50.97 |
| Lydecker Diaz | Alan S Feldman | 1221 Brickell Ave, 19th Floor | | Miami | FL | 33131 | $2,178.55 | $468.41 |
| Maine Education Loan Authority (MELA) | Attn: Shirley Erickson | 131 Presumpscott St. | | Portland | ME | 04103 | $6,466.00 | $1,390.19 |
| Manufacturers and Traders Trust Company | c/o Jeffrey R Waxman, Esq. | Cozen O'Connor | 1201 N Market Street, Suite 1400 | Wilmington | DE | 19801 | $117,110.00 | $25,178.65 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | $40.00 | $6.00 |
| MB Financial Bank NA | Attn: Thomas Prothero | 6111 North River Road | | Rosemont | IL | 60018 | $9,509.00 | $2,044.44 |
| McCourt Associates/WIlson Learning | McCourt Associates, LLC | 260 Riverside Avenue, Suite 301 | | Westport | CT | 06880 | $1,795.00 | $385.93 |
| Members 1st Federal Credit Union | Natalie J Keyser | 5000 Louise Drive | | Mechanicsburg | PA | 17055 | $166,089.00 | $35,709.14 |
| National City Bank (n/k/a PNC Bank) | PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | Pittsburgh | PA | 15222 | $206,358.00 | $44,366.97 |
| National City Bank (n/k/a PNC Bank) | PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | Pittsburgh | PA | 15222 | $256,320.00 | $55,108.80 |
| National Collegiate Master Trust | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $8,244,647.00 | $1,772,599.11 |
| National Collegiate Trust 2002-CP1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $300,000.00 | $64,500.00 |
| National Collegiate Trust 2003-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $7,853,443.00 | $1,688,490.25 |
| National Collegiate Trust 2004-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $6,642,872.00 | $1,428,217.48 |
| National Collegiate Trust 2004-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $14,200,000.00 | $3,053,000.00 |
| National Collegiate Trust 2005-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $8,700,000.00 | $1,870,500.00 |
| National Collegiate Trust 2005-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $9,300,000.00 | $1,999,500.00 |
| National Collegiate Trust 2005-3 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $27,600,000.00 | $5,934,000.00 |
| National Collegiate Trust 2006-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $21,800,000.00 | $4,687,000.00 |
| National Collegiate Trust 2006-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $22,900,000.00 | $4,923,500.00 |
| National Collegiate Trust 2006-3 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $14,000,000.00 | $3,010,000.00 |
| National Collegiate Trust 2006-4 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $21,100,000.00 | $4,536,500.00 |
| National Collegiate Trust 2006-A | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $468,871.00 | $100,807.27 |
| National Collegiate Trust 2007-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $13,900,000.00 | $2,988,500.00 |
| National Collegiate Trust 2007-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $10,200,000.00 | $2,193,000.00 |
| Navient(fka ECFC) | Navient Credit Finance Corporation | ATTN Peter Greco, VP & Associate General | 11100 USA Parkway - E3147 | Fishers | IN | 46037 | $490,918.00 | $105,547.37 |
| Nellie Mae Education Foundation | Attn: Mike Carey | 1250 Hancock Street | | Quincy | MA | 02169 | $415,000.00 | $89,225.00 |
| Nexsen Pruet, PLLC | Benjamin Kahn | 701 Green Valley Rd, Suite 100 | | Greensboro | NC | 27408 | $4,008.93 | $861.92 |
| OSI Education Services Inc | Pete Afflerbach | 507 Prudential Road | | Horsham | PA | 19044 | $28,945.73 | $6,223.35 |
| Peabody Office Furniture Corp | Corporate Headquarters | 234 Congress Street | | Boston | MA | 02110-2488 | $6,670.00 | $1,434.05 |
| Penn Security Bank and Trust | c/o Myles R Wren, Esquire | Nogi, Appleton, Weinberger & Wren PC | 415 Wyoming Ave | Scranton | PA | 18503 | $212,035.00 | $45,587.53 |
| Perkins & Will Inc | 1315 Peachtree Street NE | | | Atlanta | GA | 30309 | $5,760.00 | $1,238.40 |

**TERI Plan Trust**
**Exhibit 1 - General Unsecured Creditor Claims**
November 19, 2010 through October 31, 2015

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | | Pittsburgh | PA | 15222 | $448,989.00 | $96,532.64 |
| PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | | Pittsburgh | PA | 15222 | $289,677.00 | $62,280.56 |
| RBS Citizens | c/o Paul S Samson Esq. | Riemer & Braunstein LLP | Three Center Plaza | Boston | MA | 02108 | $13,448,884.00 | $2,891,510.06 |
| RBS Citizens | c/o Paul S Samson Esq. | Riemer & Braunstein LLP | Three Center Plaza | Boston | MA | 02108 | $14,664,444.00 | $3,152,855.46 |
| Richland State Bank(UICI2) | Attn: Jacqueline Marcus | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153 | $3,463.00 | $744.54 |
| Rick Trow Productions Inc | PO BOX 291 | | | New Hope | PA | 18938 | $141.40 | $21.21 |
| Star Bank a.k.a. Brazos | Tammy Harralson | Brazos Higher Service Corporation | P.O. BOX 1308 | Waco | TX | 73703-1308 | $1,851,476.00 | $398,067.34 |
| Student Loan Funding Corp (KnowledgeWorks) | c/o Frost Brown Todd LLC | Attn: Michael J O'Grady, Esq | 201 E Fifth Street, Suite 2200 | Cincinnati | OH | 45202 | $43,352.00 | $9,320.68 |
| TFSI | c/o Jane Dixon | 30 Cambridgepark Dr. #8102 | | Cambridge | MA | 02140 | $116,805.00 | $25,113.08 |
| The CBE Group Inc | Attn: Bob Kahler | 1309 Technology Parkway | | Cedar Falls | IA | 50613 | $78,700.00 | $16,920.50 |
| The Journeyman Press Inc. | 11 Malcolm Hoyt Drive | | | Newburyport | MA | 01850 | $3,630.00 | $780.45 |
| Univ of Mass - Boston | University of Massachusetts Boston | Darryl Mayers | 100 Morrissey Blvd | Boston | MA | 02125 | $2,072.74 | $445.65 |
| Univ of Mass - Hadley | University of Massachusetts | Treasurers Office | 100 Venture Way, Suite 9 | Hadley | MA | 01035 | $3,900.00 | $838.50 |
| Van Ru Credit Corporation | 1350 E Tuohy Ave, Suite 300E | | | Des Plaines | IL | 60018 | $259,142.46 | $55,715.61 |
| Wachovia Bank | Wells Fargo Education Financial Services | CHARLES A. DALE III, ESQ. | STATE ST. FINANCIAL CTR- ONE LINCOLN ST. | BOSTON | MA | 02111-2950 | $48,849,269.00 | $10,502,592.84 |
| Williams Printing | 1225 Furnace Brook Parkway | | | Quincy | MA | 02169 | $5,391.11 | $1,159.08 |
| Willis J Hulings | 3811 Whitland Avenue | | | Nashville | TN | 37205 | $159,425.68 | $34,276.54 |
| Windham Professionals | c/o Gary Cruikshank, Esq | 21 Custom House Street, Suite 920 | | Boston | MA | 02110 | $437,662.47 | $94,097.41 |
| Zions First National Bank | Legal Services, UT ZB11 0877 | PO BOX 30709 | | Salt Lake City | UT | 84130 | $750.00 | $161.25 |
| Zwicker & Associates, PC | William H Harris, Esq | 80 Minuteman Drive | | Andover | MA | 01810 | $310,255.00 | $66,704.83 |
| **TOTAL** | | | | | | | **$318,122,412.89** | **$68,396,295.72** |

# **EXHIBIT 2**

**TERI Plan Trust**
**Exhibit 2 - Unclaimed Distributions**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Check Date | Check Number | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | 1/21/2011 | 1012 | $233.86 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | 8/17/2011 | 1173 | $4.40 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | 8/17/2011 | 1188 | $1.60 |
| Rick Trow Productions Inc | PO BOX 291 | | | New Hope | PA | 18938 | 8/17/2011 | 1206 | $5.66 |
| HSBC Bank | C/O William J Brown, Esq. | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 73703-1308 | 4/20/2012 | 1505 | $18.24 |
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | 4/20/2012 | 1506 | $21.26 |
| HSBC Bank | C/O William J Brown, Esq. | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 73703-1308 | 10/31/2012 | 1626 | $18.24 |
| Encouragement Services Inc | PO BOX 491 | | | Ellettsville | IN | 47429-0491 | 10/25/2013 | 1876 | $262.22 |
| Bruce Vandal | ECS | 700 Broadway Street, Ste 810 | | Denver | CO | 80203 | 11/26/2014 | 2038 | $8.16 |
| Douglas Klein(Kurt Strode) | Law Office of Douglas E Klein | 3219 Overland Drive, Suite 8189 | | Los Angeles | CA | 90034 | 11/26/2014 | 2054 | $197.14 |
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | 11/26/2014 | 2019 | $21.26 |
| Student Loan Funding Corp (KnowledgeWorks) | c/o Frost Brown Todd LLC | Attn: Michael J O'Grady, Esq | 201 E Fifth Street, Suite 2200 | Cincinnati | OH | 45202 | 11/26/2014 | 2034 | $433.52 |
| TFSI | c/o Jane Dixon | 30 Cambridgepark Dr. #8102 | | Cambridge | MA | 02140 | 11/26/2014 | 2035 | $1,168.05 |
| **TOTAL** | | | | | | | | | **$2,393.61** |

# **EXHIBIT 3**

**TERI Plan Trust**
**Exhibit 3 - Excluded Beneficiaries - Tax Forms Not Provided**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA BANK & TRUST | 11622 EL CAMINO REAL | #200 | | SAN DIEGO | CA | 92130 | $866.00 |
| CITIBANK | 750 WASHINGTON BLVD. | 9TH FLOOR | | STAMFORD | CT | 06901 | $48,946.00 |
| RHODE ISLAND STUDENT LOAN AUTHORITY | 560 JEFFERSON BLVD. | | | WARWICK | RI | 02886 | $167.00 |
| ADELE WILSON | | | | | | | $115.00 |
| ASHLEY ALLARD | ASHLEY ALLARD | 320 WASHINGTON ST. | BOX# 900 | EASTON | MA | 02357 | $8.00 |
| BARBARA DIGIROLAMO | 55 LEYDEN STREET | | | EAST BOSTON | MA | 02128 | $450.00 |
| COMPANSOL | PO BOX 821143 | | | HOUSTON | TX | 77282-1143 | $699.00 |
| CYNTHIA PETERKA | 6J BROOK FARM CT. | | | PERRY HALL | MD | 21128 | $444.66 |
| DANIELLE NEVILLE | 43 QUINCY ST # C | | | DORCHESTER | MA | 021211333 | $115.00 |
| FIRST STUDENT INC. | 142 OAK HILL WAY | | | BROCKTON | MA | 02301 | $264.48 |
| HARVARD UNIVERSITY | ADAMS DINING HALL | 11 BOW STREET | | CAMBRIDGE | MA | 02138 | $270.00 |
| HENRY PAIGE | 27 VERMONT AVE | | | BROCKTON | MA | 023022167 | $115.00 |
| KELLEY'S PUB | 84 BENNINGTON STREET | | | EAST BOSTON | MA | 02128 | $257.95 |
| KYLA DUNN | 10 ARLBOROUGH ROAD | | | ROSLINDALE | MA | 02131 | $450.00 |
| MEGHAN BEHNKE | 733 6TH ST SE APT 8 | | | WASHINGTON | DC | 20003-2761 | $1,087.50 |
| RESERVE ACCOUNT | PO BOX 952856 | PITNEY BOWES,SERIAL #3504297 | | ST.LOUIS | MO | 63195-2856 | $400.00 |
| TIMOTHY GANNON | 157 STEVENSON STREET | | | NEW BEDFORD | MA | 02745 | $48.00 |
| VINCENT FRANZESE | 320 WASHINGTON STREET | | | EASTON | MA | 02357 | $48.00 |
| CHRISTIAN ANDERSON | 104 WHITE COURSE APT.H | | | UNIVERSITY PARK | PA | 16802 | $2,000.00 |
| VERNDALE | 320 CONGRESS STREET | | | BOSTON | MA | 02210 | $2,400.00 |
| SARA STOUTLAND | 104 WESTBOURNE TERRACE | | | BROOKLINE | MA | 02446 | $4,165.97 |
| DOUGLAS GOULD & CO., INC | 145 HUGUENOT STREET | SUITE 312 | #410 | NEW ROCHELLE | NY | 10801-5220 | $40,000.00 |
| BANK OF IRELAND (F.A.O AUDREY KEOGH) | FOREIGN EXCHANGE DEPARTMENT | 2 COLLEGE GREEN | | DUBLIN 2 | | | $25,000.00 |
| GENERAL ELECTRIC CAPITAL CORP | 1010 THOMAS EDISON BLVD SW | | | CEDAR RAPIDS | IA | 52404 | $15,897.63 |
| TOWERS PERRIN | ATTN: JOEL KRANZEL | 1500 MARKET STREET, CENTRE SQUARE EAST | | PHILADELPHIA | PA | 19102-4790 | $61,175.06 |
| ADECCO USA, INC | ATTN RICHARD COLEFIELD | 175 BROAD HOLLOW ROAD | | MELVILLE | NY | 11747 | $3,607.71 |
| PERFORMANT FINANCIAL CORP | 333 NORTH CANYONS PARKWAY | SUITE 100 | | LIVERMORE | CA | 94551 | $123,400.00 |
| **TOTAL** | | | | | | | **$332,397.96** |

# **EXHIBIT 4**

**TERI Plan Trust**
**Exhibit 4 - Excluded Beneficiaries - Affirmatively Declined Distributions**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid |
|---|---|---|---|---|---:|---:|
| DELOITTE CONSULTING LLP | 200 BERKELEY STREET | BOSTON | MA | 02116 | $39,775.00 | $6,364.00 |
| CAMBRIDGE TRANSPORTATION | 36392 TREASURY CENTER | CHICAGO | IL | 60694-6300 | $84.00 | $3.36 |
| **TOTAL** | | | | | **$39,859.00** | **$6,367.36** |