## EXHIBIT B

# TERI Plan Trust
## Exhibit B - Administrative Expense Claims
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | City | State | Zip Code | Amount Paid |
|---|---|---|---|---|---|---|
| Cole Schotz | Court Plaza North | 25 Main Street, P.O. Box 800 | Hackensack | NJ | 07602-0800 | $4,239.68 |
| CRG Partners Group | 2 Atlantic Ave | | Boston | MA | 02110 | $621,570.26 |
| Deloitte Financial Advisory Services LLP | PO BOX 844742 | | Dallas | TX | 75284-4742 | $1,485,463.83 |
| Duane Morris LLP | Attn: Payment Processing | 30 South 17th Street | Philadelphia | PA | 19103 | $440,708.79 |
| Epiq Systems | Dept 0255 | PO BOX 120255 | Dallas | TX | 75312-0255 | $113,727.37 |
| FTI Consulting | 3 Times Square, 11th Floor | | New York | NY | 10036 | $93,236.18 |
| Goodwin Proctor | Exchange Place | 53 State Street | Boston | MA | 02109 | $628,469.22 |
| Gray & Company, LLC | 114 Naples Rd | | Brookline | MA | 02446 | $14,302.50 |
| Hudson Cook LLP | 7250 Parkway Drive, 5th Floor | | Hanover | MD | 21076-1343 | $55,378.50 |
| K&L Gates LLP | K&L Gates Center - RCAC | 210 Sixth Ave | Pittsburgh | PA | 15222 | $235,841.73 |
| Pierce Atwood LLP | 100 Summer Street | Suite 2250 | Boston | MA | 02110 | $55,613.52 |
| Posternak Blankstein & Lund LLP | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | $149,917.47 |
| Verdolino & Lowey | 124 Washington Street | | Foxborough | MA | 02035 | $30,655.39 |
| Shenandoah Legal Group PC | Jeffrey Fleischhauer | 310 Jefferson Street, SE | Roanoke | VA | 24011 | $250.00 |
| **TOTAL** | | | | | | **$3,929,374.44** |