# **EXHIBIT C**

# TERI Plan Trust
## Exhibit C - Priority Claims
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | City | State | Zip Code | Amount Paid |
|---|---|---|---|---|---|---|
| Department of the Treasury - IRS | PO BOX 21126 | | Philadelphia | PA | 19114 | $914.33 |
| Ohio Bureau of Workers' Compensation | Legal Division Bankruptcy Unit | PO BOX 15567 | Columbus | OH | 43215-0567 | $6.84 |
| Ohio Bureau of Workers' Compensation | Legal Division Bankruptcy Unit | PO BOX 15567 | Columbus | OH | 43215-0567 | $6.84 |
| **TOTAL** | | | | | | **$928.01** |