**EXHIBIT D**

# TERI Plan Trust
## Exhibit D - General Unsecured Creditor Claims
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| Academic Management Services Corp | ATTN Peter Greco, VP & Associate General | Navient Solutions Inc | 11100 USA Parkway - E3147 | Fishers | IN | 46037 | $348,074.00 | $74,835.91 |
| Albertsons, LLC | PO BOX 6890 | | | Boise | ID | 83707 | $308.55 | $60.18 |
| Argo Partners | 12 West 37th Street, 9th Floor | | | New York | NY | 10018 | $20,421.10 | $4,390.53 |
| Associated Credit Services, Inc. | Jay Z. Aframe, ESQ. | Phillips Silver Talman AFrame & Sinrich | 146 Main Street, 5th Floor | Worcester | MA | 01608 | $140,400.00 | $30,186.00 |
| Barron Associates Worldwide Inc. | 57 Edgefield Road | | | Newton | MA | 02468 | $16,516.00 | $3,550.94 |
| Bruce Vandal | ECS | 700 Broadway Street, Ste 810 | | Denver | CO | 80203 | $815.56 | $175.36 |
| Buchanan Ingersoll & Rooney PC | James B Freytag | One Oxford Centre | 301 Grant Street, 20th Floor | Pittsburgh | PA | 15219-1410 | $1,659.11 | $356.70 |
| Casey & Hayes Inc | PO BOX E-62 | | | Boston | MA | 02127 | $2,226.90 | $478.79 |
| CFO Solutions LLC | 6 University Drive, Suite 206-209 | | | Amherst | MA | 01002 | $45,107.00 | $9,698.01 |
| CHELA Financial USA Inc n/k/a Nelnet | c/o William J Munn | 3015 South Parker Road | Suite 400 | Aurora | CO | 80014 | $63,612.00 | $13,676.58 |
| Collecto Inc | Attn: Paul Leary JR | 700 Longwater Drive | | Norwell | MA | 02061 | $79,675.00 | $17,130.13 |
| Comerica Bank | Attn: Marianne Casey | 3701 Hamlin Road | Mail Code: 7301 | Auburn Hills | MI | 48326 | $430,720.00 | $92,604.80 |
| Corporate Express Office Products Inc | Staples Contract & Commercial | Attn: Legal Dept | One Environmental Way | Broomfield | CO | 80021 | $2,658.05 | $571.48 |
| Credit Control Services | Two Wells Avenue | | | Newton | MA | 02459 | $20,694.29 | $4,449.25 |
| DBRS, Inc. | 140 Broadway, 35th Floor | | | New York | NY | 10005 | $50,000.00 | $10,750.00 |
| Deutsche Bank, Trustee | Attn: Steven Helm | c/o Dorsey & Whitney | 50 South Sixth Street, Suite 1500 | Minneapolis | MN | 55402 | $420,994.00 | $90,513.71 |
| Diversified Collection Services Inc | 333 North Canyons Parkway, Suite 100 | | | Livermore | CA | 94551 | $88,350.52 | $18,995.39 |
| Douglas Klein(Kurt Strode) | Law Office of Douglas E Klein | 3219 Overland Drive, Suite 8189 | | Los Angeles | CA | 90034 | $19,713.57 | $4,238.43 |
| Eastern Bus Co Inc | PO BOX 514 | | | Somerville | MA | 02143 | $3,355.00 | $721.33 |
| Encouragement Services Inc | PO BOX 491 | | | Ellettsville | IN | 47429-0491 | $26,222.40 | $5,637.80 |
| Estate Information Services LLC | Andrew C Hall, Compliance Officer | PO BOX 1370 | | Reynoldsburg | OH | 43068-6370 | $46,507.59 | $9,999.14 |
| Fedex Customer Information Services | 3965 Airways Blvd, Module G, 3rd Fl | | | Memphis | TN | 38116 | $1,823.16 | $391.98 |
| First Marblehead Corporation | Mike Beatty | 800 Boylston Street, 34th Floor | | Boston | MA | 02199 | $921,084.00 | $198,033.06 |
| First Marblehead Education Resources Inc | Mike Beatty | 800 Boylston Street, 34th Floor | | Boston | MA | 02199 | $27,177,645.00 | $5,843,193.68 |
| Fox Rothschild LLP | Michael G Menkowitz, Esq. | 2000 Market Street, 20th Floor | | Philadelphia | PA | 19103-3222 | $2,427.40 | $521.87 |
| GMAC Bank n/k/a Ally Bank | C/O James Wallack, Esq. | Goulston & Storrs, P.C. | 400 Atlantic Avenue | Boston | MA | 02110 | $941,904.00 | $202,509.36 |
| HealthMarkets, Inc. (a/k/a CFLD) (f/k/a UICI) | Attn: Jacqueline Marcus | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153 | $2,526,339.00 | $543,162.88 |
| Hollister Associates, Inc. | PO BOX 4141 | | | Woburn | MA | 01888-4141 | $1,598.63 | $343.73 |
| HSBC Bank | C/O William J Brown, Esq. | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 14203 | $1,824.00 | $392.16 |
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | $2,126.00 | $457.09 |
| KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | | Brooklyn | OH | 44144 | $159,860.00 | $34,369.90 |
| KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | | Brooklyn | OH | 44144 | $4,183,461.00 | $899,444.12 |
| Keystone(PHEAA) | Jason L Swartley, Esq. | AES/PHEAA | 1200 North Seventh Street | Harrisburg | PA | 17102 | $1,148,081.00 | $246,837.42 |
| KSLT 1999-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,182,942.00 | $254,332.53 |
| KSLT 1999-B | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,227,168.00 | $263,841.12 |
| KSLT 2000-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $482,156.00 | $103,663.54 |
| KSLT 2000-B | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,477,086.00 | $317,573.49 |
| KSLT 2001-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,168,802.00 | $251,292.43 |
| KSLT 2002-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $1,352,056.00 | $290,692.04 |

**TERI Plan Trust**
**Exhibit D - General Unsecured Creditor Claims**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| KSLT 2003-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $623,586.00 | $134,070.99 |
| KSLT 2004-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $803,372.00 | $172,724.98 |
| KSLT 2005-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $377,533.00 | $81,169.60 |
| KSLT 2006-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $362,215.00 | $77,876.23 |
| Lake Contracting Inc. | 5 Middlesex Ave | | | Somerville | MA | 02145 | $52,565.54 | $11,301.61 |
| Lea Robinson | 509 W 155th St Apt 5D | | | New York | NY | 10032-7808 | $261.45 | $50.97 |
| Lydecker Diaz | Alan S Feldman | 1221 Brickell Ave, 19th Floor | | Miami | FL | 33131 | $2,178.55 | $468.41 |
| Maine Education Loan Authority (MELA) | Attn: Shirley Erickson | 131 Presumpscott St. | | Portland | ME | 04103 | $6,466.00 | $1,390.19 |
| Manufacturers and Traders Trust Company | c/o Jeffrey R Waxman, Esq. | Cozen O'Connor | 1201 N Market Street, Suite 1400 | Wilmington | DE | 19801 | $117,110.00 | $25,178.65 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | $40.00 | $6.00 |
| MB Financial Bank NA | Attn: Thomas Prothero | 6111 North River Road | | Rosemont | IL | 60018 | $9,509.00 | $2,044.44 |
| McCourt Associates/WIlson Learning | McCourt Associates, LLC | 260 Riverside Avenue, Suite 301 | | Westport | CT | 06880 | $1,795.00 | $385.93 |
| Members 1st Federal Credit Union | Natalie J Keyser | 5000 Louise Drive | | Mechanicsburg | PA | 17055 | $166,089.00 | $35,709.14 |
| National City Bank (n/k/a PNC Bank) | PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | Pittsburgh | PA | 15222 | $206,358.00 | $44,366.97 |
| National City Bank (n/k/a PNC Bank) | PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | Pittsburgh | PA | 15222 | $256,320.00 | $55,108.80 |
| National Collegiate Master Trust | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $8,244,647.00 | $1,772,599.11 |
| National Collegiate Trust 2002-CP1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $300,000.00 | $64,500.00 |
| National Collegiate Trust 2003-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $7,853,443.00 | $1,688,490.25 |
| National Collegiate Trust 2004-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $6,642,872.00 | $1,428,217.48 |
| National Collegiate Trust 2004-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $14,200,000.00 | $3,053,000.00 |
| National Collegiate Trust 2005-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $8,700,000.00 | $1,870,500.00 |
| National Collegiate Trust 2005-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $9,300,000.00 | $1,999,500.00 |
| National Collegiate Trust 2005-3 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $27,600,000.00 | $5,934,000.00 |
| National Collegiate Trust 2006-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $21,800,000.00 | $4,687,000.00 |
| National Collegiate Trust 2006-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $22,900,000.00 | $4,923,500.00 |
| National Collegiate Trust 2006-3 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $14,000,000.00 | $3,010,000.00 |
| National Collegiate Trust 2006-4 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $21,100,000.00 | $4,536,500.00 |
| National Collegiate Trust 2006-A | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $468,871.00 | $100,807.27 |
| National Collegiate Trust 2007-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $13,900,000.00 | $2,988,500.00 |
| National Collegiate Trust 2007-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $10,200,000.00 | $2,193,000.00 |
| Navient(fka ECFC) | Navient Credit Finance Corporation | ATTN Peter Greco, VP & Associate General | 11100 USA Parkway - E3147 | Fishers | IN | 46037 | $490,918.00 | $105,547.37 |
| Nellie Mae Education Foundation | Attn: Mike Carey | 1250 Hancock Street | | Quincy | MA | 02169 | $415,000.00 | $89,225.00 |
| Nexsen Pruet, PLLC | Benjamin Kahn | 701 Green Valley Rd, Suite 100 | | Greensboro | NC | 27408 | $4,008.93 | $861.92 |
| OSI Education Services Inc | Pete Afflerbach | 507 Prudential Road | | Horsham | PA | 19044 | $28,945.73 | $6,223.35 |
| Peabody Office Furniture Corp | Corporate Headquarters | 234 Congress Street | | Boston | MA | 02110-2488 | $6,670.00 | $1,434.05 |
| Penn Security Bank and Trust | c/o Myles R Wren, Esquire | Nogi, Appleton, Weinberger & Wren PC | 415 Wyoming Ave | Scranton | PA | 18503 | $212,035.00 | $45,587.53 |
| Perkins & Will Inc | 1315 Peachtree Street NE | | | Atlanta | GA | 30309 | $5,760.00 | $1,238.40 |

**TERI Plan Trust**
**Exhibit D - General Unsecured Creditor Claims**
November 19, 2010 through October 31, 2015

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | | Pittsburgh | PA | 15222 | $448,989.00 | $96,532.64 |
| PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | | Pittsburgh | PA | 15222 | $289,677.00 | $62,280.56 |
| RBS Citizens | c/o Paul S Samson Esq. | Riemer & Braunstein LLP | Three Center Plaza | Boston | MA | 02108 | $13,448,884.00 | $2,891,510.06 |
| RBS Citizens | c/o Paul S Samson Esq. | Riemer & Braunstein LLP | Three Center Plaza | Boston | MA | 02108 | $14,664,444.00 | $3,152,855.46 |
| Richland State Bank(UICI2) | Attn: Jacqueline Marcus | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153 | $3,463.00 | $744.54 |
| Rick Trow Productions Inc | PO BOX 291 | | | New Hope | PA | 18938 | $141.40 | $21.21 |
| Star Bank a.k.a. Brazos | Tammy Harralson | Brazos Higher Service Corporation | P.O. BOX 1308 | Waco | TX | 73703-1308 | $1,851,476.00 | $398,067.34 |
| Student Loan Funding Corp (KnowledgeWorks) | c/o Frost Brown Todd LLC | Attn: Michael J O'Grady, Esq | 201 E Fifth Street, Suite 2200 | Cincinnati | OH | 45202 | $43,352.00 | $9,320.68 |
| TFSI | c/o Jane Dixon | 30 Cambridgepark Dr. #8102 | | Cambridge | MA | 02140 | $116,805.00 | $25,113.08 |
| The CBE Group Inc | Attn:  Bob Kahler | 1309 Technology Parkway | | Cedar Falls | IA | 50613 | $78,700.00 | $16,920.50 |
| The Journeyman Press Inc. | 11 Malcolm Hoyt Drive | | | Newburyport | MA | 01850 | $3,630.00 | $780.45 |
| Univ of Mass - Boston | University of Massachusetts Boston | Darryl Mayers | 100 Morrissey Blvd | Boston | MA | 02125 | $2,072.74 | $445.65 |
| Univ of Mass - Hadley | University of Massachusetts | Treasurers Office | 100 Venture Way, Suite 9 | Hadley | MA | 01035 | $3,900.00 | $838.50 |
| Van Ru Credit Corporation | 1350 E Tuohy Ave, Suite 300E | | | Des Plaines | IL | 60018 | $259,142.46 | $55,715.61 |
| Wachovia Bank | Wells Fargo Education Financial Services | CHARLES A. DALE III, ESQ. | STATE ST. FINANCIAL CTR- ONE LINCOLN ST. | BOSTON | MA | 02111-2950 | $48,849,269.00 | $10,502,592.84 |
| Williams Printing | 1225 Furnace Brook Parkway | | | Quincy | MA | 02169 | $5,391.11 | $1,159.08 |
| Willis J Hulings | 3811 Whitland Avenue | | | Nashville | TN | 37205 | $159,425.68 | $34,276.54 |
| Windham Professionals | c/o Gary Cruikshank, Esq | 21 Custom House Street, Suite 920 | | Boston | MA | 02110 | $437,662.47 | $94,097.41 |
| Zions First National Bank | Legal Services, UT ZB11 0877 | PO BOX 30709 | | Salt Lake City | UT | 84130 | $750.00 | $161.25 |
| Zwicker & Associates, PC | William H Harris, Esq | 80 Minuteman Drive | | Andover | MA | 01810 | $310,255.00 | $66,704.83 |
| **TOTAL** | | | | | | | **$318,122,412.89** | **$68,396,295.72** |