## **EXHIBIT E**

**TERI Plan Trust**
**Exhibit E - Unclaimed Distributions**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Check Date | Check Number | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | 1/21/2011 | 1012 | $233.86 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | 8/17/2011 | 1173 | $4.40 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | 8/17/2011 | 1188 | $1.60 |
| Rick Trow Productions Inc | PO BOX 291 | | | New Hope | PA | 18938 | 8/17/2011 | 1206 | $5.66 |
| HSBC Bank | C/O William J Brown, Esq. | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 73703-1308 | 4/20/2012 | 1505 | $18.24 |
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | 4/20/2012 | 1506 | $21.26 |
| HSBC Bank | C/O William J Brown, Esq. | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 73703-1308 | 10/31/2012 | 1626 | $18.24 |
| Encouragement Services Inc | PO BOX 491 | | | Ellettsville | IN | 47429-0491 | 10/25/2013 | 1876 | $262.22 |
| Bruce Vandal | ECS | 700 Broadway Street, Ste 810 | | Denver | CO | 80203 | 11/26/2014 | 2038 | $8.16 |
| Douglas Klein(Kurt Strode) | Law Office of Douglas E Klein | 3219 Overland Drive, Suite 8189 | | Los Angeles | CA | 90034 | 11/26/2014 | 2054 | $197.14 |
| Huntington National Bank | c/o Richard L Levine, Esq. | Nelson Kinder Mosseuu & Saturley PC | 2 Oliver Street | Boston | MA | 02109 | 11/26/2014 | 2019 | $21.26 |
| Student Loan Funding Corp (KnowledgeWorks) | c/o Frost Brown Todd LLC | Attn: Michael J O'Grady, Esq | 201 E Fifth Street, Suite 2200 | Cincinnati | OH | 45202 | 11/26/2014 | 2034 | $433.52 |
| TFSI | c/o Jane Dixon | 30 Cambridgepark Dr. #8102 | | Cambridge | MA | 02140 | 11/26/2014 | 2035 | $1,168.05 |
| **TOTAL** | | | | | | | | | **$2,393.61** |