**EXHIBIT F**

**TERI Plan Trust**
**Exhibit F - Excluded Beneficiaries - Tax Forms Not Provided**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount |
|---|---|---|---|---|---|---|---|
| CALIFORNIA BANK & TRUST | 11622 EL CAMINO REAL | #200 | | SAN DIEGO | CA | 92130 | $866.00 |
| CITIBANK | 750 WASHINGTON BLVD. | 9TH FLOOR | | STAMFORD | CT | 06901 | $48,946.00 |
| RHODE ISLAND STUDENT LOAN AUTHORITY | 560 JEFFERSON BLVD. | | | WARWICK | RI | 02886 | $167.00 |
| ADELE WILSON | | | | | | | $115.00 |
| ASHLEY ALLARD | ASHLEY ALLARD | 320 WASHINGTON ST. | BOX# 900 | EASTON | MA | 02357 | $8.00 |
| BARBARA DIGIROLAMO | 55 LEYDEN STREET | | | EAST BOSTON | MA | 02128 | $450.00 |
| COMPANSOL | PO BOX 821143 | | | HOUSTON | TX | 77282-1143 | $699.00 |
| CYNTHIA PETERKA | 6J BROOK FARM CT. | | | PERRY HALL | MD | 21128 | $444.66 |
| DANIELLE NEVILLE | 43 QUINCY ST # C | | | DORCHESTER | MA | 021211333 | $115.00 |
| FIRST STUDENT INC. | 142 OAK HILL WAY | | | BROCKTON | MA | 02301 | $264.48 |
| HARVARD UNIVERSITY | ADAMS DINING HALL | 11 BOW STREET | | CAMBRIDGE | MA | 02138 | $270.00 |
| HENRY PAIGE | 27 VERMONT AVE | | | BROCKTON | MA | 023022167 | $115.00 |
| KELLEY'S PUB | 84 BENNINGTON STREET | | | EAST BOSTON | MA | 02128 | $257.95 |
| KYLA DUNN | 10 ARLBOROUGH ROAD | | | ROSLINDALE | MA | 02131 | $450.00 |
| MEGHAN BEHNKE | 733 6TH ST SE APT 8 | | | WASHINGTON | DC | 20003-2761 | $1,087.50 |
| RESERVE ACCOUNT | PO BOX 952856 | PITNEY BOWES,SERIAL #3504297 | | ST.LOUIS | MO | 63195-2856 | $400.00 |
| TIMOTHY GANNON | 157 STEVENSON STREET | | | NEW BEDFORD | MA | 02745 | $48.00 |
| VINCENT FRANZESE | 320 WASHINGTON STREET | | | EASTON | MA | 02357 | $48.00 |
| CHRISTIAN ANDERSON | 104 WHITE COURSE APT.H | | | UNIVERSITY PARK | PA | 16802 | $2,000.00 |
| VERNDALE | 320 CONGRESS STREET | | | BOSTON | MA | 02210 | $2,400.00 |
| SARA STOUTLAND | 104 WESTBOURNE TERRACE | | | BROOKLINE | MA | 02446 | $4,165.97 |
| DOUGLAS GOULD & CO., INC | 145 HUGUENOT STREET | SUITE 312 | #410 | NEW ROCHELLE | NY | 10801-5220 | $40,000.00 |
| BANK OF IRELAND (F.A.O AUDREY KEOGH) | FOREIGN EXCHANGE DEPARTMENT | 2 COLLEGE GREEN | | DUBLIN 2 | | | $25,000.00 |
| GENERAL ELECTRIC CAPITAL CORP | 1010 THOMAS EDISON BLVD SW | | | CEDAR RAPIDS | IA | 52404 | $15,897.63 |
| TOWERS PERRIN | ATTN: JOEL KRANZEL | 1500 MARKET STREET, CENTRE SQUARE EAST | | PHILADELPHIA | PA | 19102-4790 | $61,175.06 |
| ADECCO USA, INC | ATTN RICHARD COLEFIELD | 175 BROAD HOLLOW ROAD | | MELVILLE | NY | 11747 | $3,607.71 |
| PERFORMANT FINANCIAL CORP | 333 NORTH CANYONS PARKWAY | SUITE 100 | | LIVERMORE | CA | 94551 | $123,400.00 |
| **TOTAL** | | | | | | | **$332,397.96** |