**EXHIBIT G**

**TERI Plan Trust**
**Exhibit G - Excluded Beneficiaries - Affirmatively Declined Distributions**
**November 19, 2010 through October 31, 2015**

| Creditor Name | Address1 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid |
|---|---|---|---|---|---:|---:|
| DELOITTE CONSULTING LLP | 200 BERKELEY STREET | BOSTON | MA | 02116 | $39,775.00 | $6,364.00 |
| CAMBRIDGE TRANSPORTATION | 36392 TREASURY CENTER | CHICAGO | IL | 60694-6300 | $84.00 | $3.36 |
| **TOTAL** | | | | | **$39,859.00** | **$6,367.36** |