# **EXHIBIT H**

# TERI Plan Trust
## Exhibit H - Remaining Plan Trust Assets
**November 19, 2010 through October 31, 2015**

| | |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **BPBT TPT Checking** | 114,813.81 |
|       **BPBT TLH Checking** | 1,769.01 |
|       **BPBT TLH MM** | 3,129,995.02 |
|     **Total Checking/Savings** | 3,246,577.84 |
|   **Total Current Assets** | 3,246,577.84 |
|   **Other Assets** | |
|     **Loans Receivable** | 751,285,735.50 |
|   **Total Other Assets** | 751,285,735.50 |
| **TOTAL ASSETS** | **754,532,313.34** |