**EXHIBIT I**

# TERI Plan Trust
## Exhibit I - Plan Trust Expenses
**November 19, 2010 through October 31, 2015**

| EXPENSES | |
|---|---:|
| Bad Debt Expense | 9,365,879.96 |
| Bank Service Charges | 2,599.71 |
| Collection Manager Fees & Expenses | 5,017,728.60 |
| Administrative Distribution | 250.00 |
| Priority Distribution | 928.01 |
| General Unsecured Creditor Distribution | 68,402,663.08 |
| Insurance Expense | 561,373.00 |
| Nellie Mae Collections Remit | 81,267.14 |
| Office Supplies | 698.62 |
| Postage & Delivery | 9,781.18 |
| Printing & Reproduction | 33,522.40 |
| Professional Fees & Expenses | 3,863,238.53 |
| Surety Bond | 89,648.00 |
| Tax | 250.00 |
| TERI Loan Holdings Expenses | 366,832.34 |
| TERI Net Recovery Expense | 1,491,374.69 |
| US Trustee Fees | 159,030.85 |
| Other Expenses | 13,794.76 |
| **TOTAL EXPENSES** | **89,460,860.87** |